---

**Fill in this information to identify the case and this filing:**

Debtor Name  Education Management Corporation

United States Bankruptcy Court for the: _____  District of Delaware
                                                          (State)

Case number (*If known*): 18- 11500

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☐ *Schedule H: Codebtors* (Official Form 206H)

- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* ____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☒ Other document that requires a declaration   Creditor Matrix

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/28/18          ✗ _____
             MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                     Frank Jalufka
                                     Printed name

                                     President
                                     Position or relationship to debtor

---

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Education_Management_Corporation.txt

1170 MARKET STREET LLC
BETTY RODRIGUEZ
1801 VAN NESS AVENUE
SUITE 320
SAN FRANCISCO, CA 94109

1776 CLO I LTD
BOUNDARY HALL CRICKET SQUARE
GEORGE TOWN
GRAND CAYMAN KY1-1102
CAYMAN ISLANDS

2006 CO INVESTMENT PORTFOLIO LP
4275 EXECUTIVE SQUARE SUITE 500
LA JOLLA, CA 92037

ABN AMRO CLEARING CHICAGO LLC
175 W JACKSON BLVD
CHICAGO, IL 60604

ABRY ADVANCED SECURITIES FUND II LP
C/O ABRY PARTNERS LLC
111 HUNTINGTON AVENUE 29TH FLOOR
BOSTON, MA 02199

ABRY ADVANCED SECURITIES FUND II LP
C/O ARBY PARTNERS LLC
111 HUNTINGTON AVENUE 29TH FLOOR
BOSTON, MA 02199

ACA CLO 2007-1 LIMITED
SOUTH CHURCH STREET QUEESGATE HOUSE
PO BOX 1093
GEORGE TOWN
GRAND CAYMAN
CAYMAN ISLANDS

ACE TEMPEST REINSURANCE LTD
C/O OAKTREE CAPITAL MANAGEMENT LP
ATTN VICTORIA PARK
333 S GRAND AVENUE 28TH FLOOR
LOS ANGELES, CA 90071

ADRIAN M JONES
C/O GOLDMAN SACHS & CO
200 WEST STREET, 28TH FLOOR
NEW YORK, NY 10282-2198

ALBERTSON, ROBERT
LARRY PANKEY
1441 DUNWOODY VILLAGE PKWY, SUITE 200
ATLANTA, GA 30338

ALLEN & OVERY LLP
1221 AVENUE OF THE AMERICAS
ATTN: JUDAH FROGEL
NEW YORK, NY 10020

AMALGAMATED BANK
11-15 UNION SQUARE
NEW YORK, NY 10003

AMERICAN ENTERPRISE INVESTMENT SERVI

Education_Management_Corporation.txt

901 3RD AVENUE SOUTH
MINNEAPOLIS, MN 55474

AMOS, COURTNEY
CHRISTOPHER H WHELAN, INC.
CHRISTOPHER H WHELAN, ESQ
11246 GOLD EXPRESS DRIVE, SUITE 100
GOLD RIVER, CA 95670

ANA FERNANDEZ
LINDSEY E BREW, ESQ
PETER T LIMPERIS, ESQ
MILLER, PITT, FELDMAN & MCANALLY PLC
1 S CHURCH AVE, SUITE 900
TUCSON, AZ 85701-1680

ANCHORAGE CAPITAL MASTER OFFSHORE LTD
190 ELGIN AVENUE
INTERTRUST FUND SERVICES (CAYMAN) LTD
GEORGE TOWN
GRAND CAYMAN KY1-9002
CAYMAN ISLANDS

APEX CLEARING CORPORATION
12TH FLOOR
NEW YORK, NY 10004

APIDOS CDO IV
CRICKET SQUARE BOUNDARY HALL
4TH FLOOR
GEORGE TOWN
GRAND CAYMAN
CAYMAN ISLANDS

APIDOS CDO V
CRICKET SQUARE BOUNDARY HALL
PO BOX 1093
GEORGE TOWN
GRAND CAYMAN KY1-1102
CAYMAN ISLANDS

APIDOS CINCO CDO
SOUTH CHURCH STREET QUEENSGATE HOUSE
PO BOX 1093
GEORGE TOWN
GRAND CAYMAN
CAYMAN ISLANDS

APIDOS QUATTRO CDO
CRICKET SQUARE BOUNDARY HALL
PO BOX 1093
GEORGE TOWN
GRAND CAYMAN
CAYMAN ISLANDS

ARCH REINSURANCE LTD
C/O OAKTREE CAPITAL MANAGEMENT LP
ATTN VICTORIA PARK
333 S GRAND AVENUE 28TH FLOOR
LOS ANGELES, CA 90071

ARIEL PETERSON
724 GLENVIEW ST.

Education_Management_Corporation.txt
PHILADELPHIA, PA 19111

BANK OF AMERICA NA (DALLAS)
214 NORTH TRYON STREET
NC1-027-15-01
ATTN CREDIT INFORMATION GROUP
CHARLOTTE, NC 28255

BANK OF AMERICA NA/GWIM TRUST OPERA
21ST FLOOR-TX1-492-21-20
DALLAS, TX 75202

BARCLAYS BANK PLC
ONE CHURCHILL PLACE
LONDON E14 5HP
UNITED KINGDOM

BARCLAYS CAPITAL INC /LE
200 CEDAR KNOLLS WAY
WHIPANY, NJ 07981

BARCLAYS CAPITAL INC
1301 SIXTH AVENUE 8TH FL
NEW YORK, NY 10019

BAXLEY, JENNIFER
LINDSEY E BREW, ESQ
PETER T LIMPERIS, ESQ
MILLER, PITT, FELDMAN & MCANALLY PLC
1 S CHURCH AVE, SUITE 900
TUCSON, AZ 85701-1680

BB&T SECURITIES LLC
8006 DISCOVERY DR
RICHMOND, VA 23229

BCBSM INC
3535 BLUE CROSS ROAD
EAGAN, MN 55122

BENNETT, KRISTIN
CATHERINE E ANDERSON ESQ
GISKAN SOLOTAROFF ET AL.
21 7 CENTRE STREET 6TH FLOOR
NEW YORK, NY 10013

BETA EQUITIES INC
C/O OMEGA ADVISORS INC
810 SEVENTH AVENUE 33RD FL
NEW YORK, NY 10019

BLACKROCK FUNDS II
BLACKROCK FLOATING RATE INCOME
100 BELLEVUE PARKWAY
WILMINGTON, DE 19809

BLACKROCK FUNDS II
BLACKROCK FLOATING RATE INCOME
C/O BLACKROCK
100 BELLEVUE PARKWAY
WILMINGTON, DE 19809

BLACKROCK SENIOR INCOME SERIES IV

Education_Management_Corporation.txt

C/O BLACKROCK
100 BELLEVUE PARKWAY
WILMINGTON, DE 19809

BLACKROCK SENIOR INCOME SERIES IV
SOUTH CHURCH STREET QUEENSGATE HOUSE
GEORGE TOWN
GRAND CAYMAN
CAYMAN ISLANDS

BLACKROCK SENIOR INCOME SERIES V LIMITED
5 HARBOURMASTER PLACE IFSC
DUBLIN, IRELAND
UNITED KINGDOM

BLACKROCK SENIOR INCOME SERIES V
LIMITED
C/O BLACKROCK
100 BELLEVUE PARKWAY
WILMINGTON, DE 19809

BMI CLO I
87 MARY STREET, GEORGE TOWN
GRAND CAYMAN KY1-9001
CAYMAN ISLANDS

BMI CLO I
C/O BLACKROCK
100 BELLEVUE PARKWAY
WILMINGTON, DE 19809

BMO HARRIS BANK NA/TRUST
11270 W PARK PL
MILWAUKEE, WI 53224

BMO NESBITT BURNS INC /CDS
1 FIRST AVE
TORONTO, ON M4M 1W7
CANADA

BNP PARIBAS NEW YORK BRANCH/CUSTODY
787 SEVENTH AVENUE
NEW YORK, NY 10019

BNP PARIBAS PRIME BROKERAGE INC
655/15 OPERATIONS
SAN FRANCISCO, CA 94111

BNP PARIBAS VPG EDMC HOLDINGS LLC
787 7TH AVENUE
NEW YORK, NY 10019

BOND PORTFOLIO
TWO INTERNATIONAL PLACE
BOSTON, MA 02110

BORGESI, JOANNE.
SEAN A CASEY
PA ID #79806
FIRST & MARKET BUILDING
100 FIRST AVENUE, SUITE 1010
PITTSBURGH, PA 15222

Education_Management_Corporation.txt

BOSSE ROLLMAN PC
RICHARD ROLLMAN
3507 NORTH CAMPBELL AVENUE, SUITE 111
TUCSON, AZ 85719

BRAD JANIS
33 THALIA STREET
LADERA RANCH, CA 92694

BRAD WATERMAN CUST
BRAD J WATERMAN
UNDER THE MA UNIF TRAN MIN ACT
12276 59TH ST N
WEST PALM BEACH, FL 33411-8550

BRIAN A NAPACK
C/O PROVIDENCE EQUITY PARTNERS
9 WEST 57TH STREET
NEW YORK, NY 10019-2701

BROKERJET BANK AG
1060 WIEN
OESTERREICH
SWITZERLAND

BROOKSIDE MILL CLO LTD
CLIFTON HOUSE 75 FORT STREET
GEORGE TOWN
GRAND CAYMAN KY1-1108
CAYMAN ISLANDS

BROWN BROTHERS HARRIMAN & CO
50 POST OFFICE SQUARE
BOSTON, MA 02110

BRUNNER, CAROL A
8855 LINCOLN BLVD
PITTSBURGH, PA 15237-4486

BURGE, LERON S
CHARLES R BRIDGERS
KEVIN D FITZPATRICK, JR
3100 CENTENNIAL TOWER
101 MARIETTA STREET
ATLANTA, GA 30303

CANDLEWOOD SPECIAL SITUATIONS
MASTER FUND LTD
C/O CANDLEWOOD INVESTMENT GROUP
777 THIRD AVE, STE 19B
NEW YORK, NY 10017

CANDLEWOOD SPECIAL SITUATIONS
MASTER FUND LTD
C/O CANDLEWOOD INVESTMENTS GROUP
777 THIRD AVE STE 19B
NEW YORK, NY 10017

CAVALRY CLO III LTD
CLIFTON HOUSE 75 FORT STREET
GEORGE TOWN
GRAND CAYMAN KY1-1108
CAYMAN ISLANDS

Education_Management_Corporation.txt

CAZ 4 LLC
JENNIFER SHUMAKER
DOUGLAS ALLRED COMPANY
11452 EL CAMINO REAL, SUITE 200
SAN DIEGO, CA 92130

CCP CREDIT ACQUISITION HOLDINGS L L C
375 PARK AVENUE
12TH FLOOR
NEW YORK, NY 10152

CECELIA T BURRILL
316 SAN DIEGO AVE
VENTURA, CA 93004

CEDARVIEW OPPORTUNITIES
MASTER FUND LP
ONE PENN PLAZA 45TH FLOOR
NEW YORK, NY 10119

CEDE & CO (FAST ACCOUNT)
PO BOX 20
BOWLING GREEN STATION
NEW YORK, NY 10004

CEDE & CO (FAST ACCOUNT)
PO BOX 20
BOWLING GREEN STATION
NEW YORK, NY 10004-1408

CENTERBRIDGE SPECIAL CREDIT
PARTNERS II L P
375 PARK AVENUE
12TH FLOOR
NEW YORK, NY 10152

CENTRAL STATES SOUTHEAST
SOUTHWEST AREAS PEN FD
C/O OAKTREE CAPITAL MANAGEMENT LP
ATTN VICTORIA PARK
333 S GRAND AVENUE 28TH FLOOR
LOS ANGELES, CA 90071

CETERA INVESTMENT SERVICES LLC
400 1ST ST S
SAINT CLOUD, MN 56301

CHARLES SCHWAB & CO INC
101 MONTGOMERY ST
SAN FRANCISCO, CA 90249

CHESLEK, JAMES
JAMES A CHESLEK
PRO SE
5515 HAVASU AVE. NW
ALBUQUERQUE, NM 87120

CHRYSLER GROUP LLC
MASTER RETIREMENT TRUST
C/O OAKTREE CAPITAL MANAGEMENT LP
ATTN VICTORIA PARK
333 S GRAND AVENUE 28TH FLOOR

Education_Management_Corporation.txt

LOS ANGELES, CA 90071

CHUNG, BYRON
204 RIVERLAND CT
SAN RAMON, CA 94582-5200

CIBC WORLD MARKETS INC /CDS
161 BAY ST
TORONTO, ON M5J 2S8
CANADA

CITIBANK N A
3800 CITIBANK CENTER TAMPA
TAMPA, FL 33610

CITIGROUP CAPITAL PARTNERS II
EMPLOYEE MASTER FUND L P
C/O CITI PRIVATE EQUITY
388 GREENWICH STREET 21ST FLOOR
NEW YORK, NY 10013-2375

CITIGROUP GLOBAL MARKETS INC
388 GREENWICH ST
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS INC
390 GREENWICH STREET 4TH FLOOR
NEW YORK, NY 10013

CLPF 10 BROOKLINE PLACE LLC
MARK LUSSIER
2310 WASHINGTON STREET
NEWTON LOWER FALLS, MA 02462

CLUB PENSION PLAN
C/O OAKTREE CAPITAL MANAGEMENT LP
ATTN VICTORIA PARK
333 S GRAND AVENUE 28TH FLOOR
LOS ANGELES, CA 90071

CODAN US CORPORATION
3511 WEST SUNFLOWER AVENUE
FIRST FLOOR
SANTA ANA, CA 92704

COKER, MORENIKE
WILLIAM R HAYDEN
SNELL & WILMER
ONE ARIZONA CENTER
400 EAST VAN BUREN STREET SUITE 1900
PHOENIX, AZ 85004-2202

COLES, RAYMOND
ADDRESS UNAVAILABLE AT TIME OF FILING

CONNECTICUT DEPT OF REVENUE SERVICES
450 COLUMBUS BLVD, STE 1
HARTFORD, CT 06103

COR CLEARING LLC
9300 UNDERWOOD AVE
OMAHA, NE 68114

Education_Management_Corporation.txt

```
CORNER BANK LIMITED
NASSAU; ATTN SIGNOR S ZANOTTA
CORNER BANCA SA
VIA CANOVA 16
LUGANO 6900
SWITZERLAND

CORT BUSINESS SERVICES
15000 CONFERENCE CENTER DRIVE STE 440
CHANTILLY, VA 20151

CREDIT SUISSE AG
CAYMAN ISLAND BRANCH
UETLIBERGSTRASSE 231
ZURICH 08070
SWITZERLAND

CREDIT SUISSE SECURITIES (USA) LLC
7033 LOUIS STEPHENS DR
RESEARCH TRIANGLE PARK
ATTN: ASSET SERVICING/ANTHONY MILO
MORRISVILLE, NC 27560

CREDIT SUISSE SECURITIES (USA)LLC
11 MADISON AVENUE 5TH FLOOR
NEW YORK, NY 10010

CSAA INSURANCE EXCHANGE
C/O OAKTREE CAPITAL MANAGEMENT LP
ATTN VICTORIA PARK
333 S GRAND AVENUE 28TH FLOOR
LOS ANGELES, CA 90071

DANIEL LEVINSON
1654 E ABAJO PEAK CIRCLE
HEBER CITY, UT 84032

DANNY D FINUF
1139 ARAPAHO DRIVE
MORROW, OH 45152-8253

DAVENPORT & COMPANY LLC
11TH FLOOR
RICHMOND, VA 23219

DDSV II LLC
200 WEST ST
ATTN BILL ENG
NEW YORK, NY 10282

DE LA CRUZ, BRIAN
CATHERINE E ANDERSON ESQ
GISKAN SOLOTAROFF ET AL.
21 7 CENTRE STREET 6TH FLOOR
NEW YORK, NY 1001

DESJARDINS SECURITIES INC /CDS
EAST TOWER BASILAIRE1 LEVEL STE 311
MONTREAL, QC H5B 1J2
CANADA

DEUTSCHE BANK SECURITIES INC
```

Education_Management_Corporation.txt
1 SOUTH ST
BALTIMORE, MD 21202

DOF II CITY TOWER, LLC
KAREN SCOTT
333 CITY BOULEVARD WEST
SUITE 1425
ORANGE, CA 92868

DOUGLAS M STEIN
1472 WOODBURY CIRCLE
GURNEE, IL 60031-5603

DREAM CENTER EDUCATION HOLDINGS, LLC
1400 PENN AVENUE
ATTN: LAW DEPARTMENT
PITTSBURGH, PA 15222

DREAM CENTER EDUCATION HOLDINGS, LLC,
DREAM CENTER EDUCATION MANAGEMENT LLC
AND THE DREAM CENTER FOUNDATION
C/O RANDY BARTON, ESQ.
1400 PENN AVENUE
PITTSBURGH, PA 15222

E TRADE CLEARING LLC
HARBORSIDE FINANCIAL CTR
JERSEY CITY, NJ 07311

EATON VANCE FLOATING-RATE INCOME TRUST
2 INTERNATIONAL PLACE
9TH FLOOR
BOSTON, MA 02110

EATON VANCE FLOATING-RATE INCOME
PLUS FUND
2 INTERNATIONAL PLACE
9TH FLOOR
BOSTON, MA 02110

EATON VANCE INSTITUTIONAL SENIOR LOAN
FUND
WALKER HOUSE 87 MARY STREET
GEORGE TOWN
GRAND CAYMAN KY1-9005
CAYMAN ISLANDS

EATON VANCE INTL (CAYMAN ISLANDS) FR
INC PORTFOLIO; WALKER HOUSE
87 MARY STREET, WALKERS CORPORATE
SERVICES, GEORGE TOWN
GRAND CAYMAN KY1-9005
CAYMAN ISLANDS

EATON VANCE LIMITED DURATION
INCOME FUND
2 INTERNATIONAL PLACE
9TH FLOOR
BOSTON, MA 02110

EATON VANCE SENIOR FLOATING-RATE TRUST
2 INTERNATIONAL PLACE
9TH FLOOR

Page 9

Education_Management_Corporation.txt

BOSTON, MA 02110

EATON VANCE SENIOR INCOME TRUST
2 INTERNATIONAL PLACE
9TH FLOOR
BOSTON, MA 02110

EATON VANCE SHORT DURATION DIVERSIFIED
INCOME FUND
2 INTERNATIONAL PLACE
9TH FLOOR
BOSTON, MA 02110

EATON VANCE VT FLOATING RATE
INCOME FUND
2 INTERNATIONAL PLACE
9TH FLOOR
BOSTON, MA 02110

EBERLE, RAQUEL
BRUCE W EDWARDS, (P42383)
ATTORNEY FOR PLAINTIFF
1520 S LAPEER RD
SUITE 217
LAKE ORION, MI 48360

EBERLE, RAQUEL
CHARLES A ZAJAC, (P37450)
ATTORNEY FOR PLAINTIFF
18530 MACK A VENUE
GROSSE POINTE FARMS, MI 48236

EDUCATION MANAGEMENT CORPORATION
BOOK TREASURY ACCOUNT
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2602

EDUCATIONAL SUPPLIES DIRECT, LLC
CHARLES KELLY, ESQ
MICHAEL J JOYCE, ESQ
SAUL EWING LLP
ONE PPG PLACE, SUITE 3010
PITTSBURGH, PA 15222

EDWARD D JONES & CO
12555 MANCHESTER ROAD
ST LOUIS, MO 63131

EDWARD H WEST
246 PINK HOUSE ROAD
SEWICKLEY, PA 15143-9455

ELIZABETH ERICKSON
11261 MIRO CIR
SAN DIEGO, CA 92131-3313

EMPLOYEES RETIREMENT FUND OF THE CITY
OF DALLAS
C/O OAKTREE CAPITAL MANAGEMENT LP
ATTN VICTORIA PARK
333 S GRAND AVENUE 28TH FLOOR
LOS ANGELES, CA 90071

Education_Management_Corporation.txt

ESQUIRE, STEVEN
GABRIELA M TORRES, ESQ
1455 FRAZZE RD, STE 500
SAN DIEGO, CA 92108

FIFTH THIRD BANK
38 FOUNTAIN SQUARE PLAZA
CINCINNATI, OH 45263

FIRST SOUTHWEST COMPANY
325 N SAINT PAUL ST
DALLAS, TX 75201

FISHER LYNCH CO-INVESTMENT
PARTNERSHIP L P
2929 CAMPUS DRIVE
SUITE 420
SAN MATEO, CA 94403-2550

FLAGLER MASTER FUND SPC LTD
C/O CANDLEWOOD INVESTMENT GROUP
777 THIRD AVE SUITE 19B
NEW YORK, NY 10017

FLAGLER MASTER FUND SPC LTD
CLASS A SEGREGATED PORTFOLIO
C/O CANDLEWOOD INVESTMENT GROUP
777 THIRD AVE STE 19B
NEW YORK, NY 10017

FLAGLER MASTER FUND SPC LTD
CLASS B PORTFOLIO
777 THIRD AVE SUITE 19B
NEW YORK, NY 10017

FLP INVESTMENTS LTD
PO BOX 1093
QUEENSGATE HOUSE SOUTH CHURCH
STREET
GRAND CAYMAN KY1 1102
CAYMAN ISLANDS

FOLIOFN INVESTMENTS INC
8TH FLOOR
MCLEAN, VA 22102

FONDS VOOR GEMENE REKENING
BEROEPSVERVOER / HIGH Y
C/O OAKTREE CAPITAL MANAGEMENT LP
ATTN VICTORIA PARK
333 S GRAND AVENUE 28TH FLOOR
LOS ANGELES, CA 90071

FORSYTHE SOLUTIONS GROUP, INC.
ONE OVERLOOK POINT
LINCOLNSHIRE, IL 60069

FORSYTHE SOLUTIONS GROUP, INC.
ONE OVERLOOK POINT
LINCOLNSHIRE, IL 60070

FUTURE FUND BOARD OF GUARDIANS
120 COLLINS STREET

Education_Management_Corporation.txt

LEVEL 43
MELBOURNE VIC 3000
AUSTRALIA

GALLIVAN, JAMES
SADIQA (SADIE) BANKS
THE BANKS LAW GROUP, PC
4062 PEACHTREE RD
SUITE A240
ATLANTA, GA 30319

GENERAL ELECTRIC PENSION TRUST
C/O GE ASSET MANAGEMENT INCORPORATED
3001 SUMMER STREET
STAMFORD, CT 06905-4317

GOLDMAN SACHS & CO
180 MAIDEN LN
NEW YORK, NY 10038

GOLDMAN SACHS & CO
200 WEST STREET
NEW YORK, NY 10282

GOLDMAN SACHS BANK USA
200 WEST STREET
NEW YORK, NY 10282

GOLDMAN SACHS EXECUTION & CLEARING
30 HUDSON ST
JERSEY CITY, NJ 07302

GOLDMAN SACHS SECURITIES NOMINEE
222 SOUTH MAIN STREET
SALT LAKE CITY, UT 84101

GOLDSTON, BRANDY
3138 WILLOWSTONE DR
DULUTH, GA 3096

GOODWIN, ERICA AND JACKSON C GOODWIN
JOHN H TUCKER, ESQ
TUCKER LAW GROUP, LLC
ONE PENN CENTER AT SUBURBAN STATION
1617 JFK BLVD, STE 1700
PHILADELPHIA, PA 19103

GRAYSON & CO
2 INTERNATIONAL PLACE
9TH FLOOR
BOSTON, MA 02110

GROUP OF STUDENTS
ADDRESS UNAVAILABLE AT TIME OF FILING

GS&CO PROFIT SHARING MASTER TRUST
C/O OMEGA ADVISORS INC
810 SEVENTH AVENUE 33RD FL
NEW YORK, NY 10019

GSC PARTNERS CDO FUND VII LIMITED
SOUTH CHURCH STREET QUEENSGATE HOUSE

Education_Management_Corporation.txt

```
GEORGE TOWN
GRAND CAYMAN KY1-1102
CAYMAN ISLANDS

HAL R GRIFFITH
2964 RIDGE VALLEY ROAD
ATLANTA, GA 30327-1858

HELLOBANK BNP PARIBAS AUSTRIA AG
ELISABETHSTRASSE 22
OESTERREICH
SALZBURG 5020
SWITZERLAND

HEWLETT-PACKARD FINANCIAL SERVICES CO.
420 MOUNTAIN AVE
MURRAY HILL, NJ 07974

HG VORA SPECIAL OPPORTUNITIES MASTER
FUND LTD
330 MADISON AVENUE 23RD FLOOR
NEW YORK, NY 10017

HILLMARK FUNDING LTD
QUEENSGATE HOUSE SOUTH CHURCH STREET
GEORGE TOWN
GRAND CAYMAN KY1-1102
CAYMAN ISLANDS

HUEN, MELISSA
ADAM REISNER, TESSA KING, SHANI HUANG
REISNER & KING LLP
14724 VENTURA BLVD , STE 1210
SHERMAN OAKS, CA 91403

IBM PERSONAL PENSION PLAN TRUST
C/O OAKTREE CAPITAL MANAGEMENT LP
ATTN VICTORIA PARK
333 S GRAND AVENUE 28TH FLOOR
LOS ANGELES, CA 90071

INGRAM, ALEXANDER AND SCOTT WREYFORD,
INDIV & OBO ALL OTHER AGGRIEVED EMPLYEES
JULIAN HAMMONDPO LINA PECHERSKA YA
HAMMONDLAW, P C
1829 REISTERSTOWN RD , SUITE 410
BALTIMORE, MD 21208

INTERACTIVE BROKERS RETAIL EQUITY CL
8 GREENWICH OFFICE PARK
GREENWICH, CT 06831

INTERNATIONAL PAPER CO COMMINGLED
INVEST GRP TRST
C/O OAKTREE CAPITAL MANAGEMENT LP
ATTN VICTORIA PARK
333 S GRAND AVENUE 28TH FLOOR
LOS ANGELES, CA 90071

IOWA PUBLIC EMPLOYEES RETIREMENT SYSTEM
C/O OAKTREE CAPITAL MANAGEMENT LP
ATTN VICTORIA PARK
333 S GRAND AVENUE 28TH FLOOR
```

Education_Management_Corporation.txt
LOS ANGELES, CA 90071

J J B HILLIARD W L LYONS LLC
HILLIARD LYONS CENTER
LOUISVILLE, KY 40202

J P MORGAN CLEARING CORP
4 CHASE METROTECH CENTER
BROOKLYN, NY 11245

JANET S DAY
530 PARKBROOK TRACE
ALPHARETTA, GA 30004-8501

JANNEY MONTGOMERY SCOTT LLC
1717 ARCH STREET
ATTN: DIVIDEND/REORG DEPARTMENT
PHILADELPHIA, PA 19103

JEB EGBERT
6261 SURFPOINT CIR
HUNTINGTON BEACH, CA 92648-5591

JEFF NGUYEN
LINDSEY E BREW, ESQ
PETER T LIMPERIS, ESQ
MILLER, PITT, FELDMAN & MCANALLY PLC
1 S CHURCH AVE, SUITE 900
TUCSON, AZ 85701-1680

JEFFREY T LEEDS
435 EAST 52ND STREET
APARTMENT 11-G
NEW YORK, NY 10022

JEFFREY T LEEDS
740 PARK AVENUEAPT 2D
NEW YORK, NY 10021

JOHANNA OWEN
LINDSEY E BREW, ESQ
PETER T LIMPERIS, ESQ
MILLER, PITT, FELDMAN & MCANALLY PLC
1 S CHURCH AVE, SUITE 900
TUCSON, AZ 85701-1680

JOHN A POST
190 JACOBY RUN ROAD
MOUNT BETHEL, PA 18343

JOHN R MCKERNAN JR
337 FORESIDE ROAD
FALMOUTH, ME 04105-1431

JOHN T SOUTH III
2 PETTIGREW PLANTATION ROAD
BLUFFTON, SC 29910

JOSEPH R WRIGHT
C/O PROVIDENCE EQUITY PARTNERS
9 WEST 57TH STREET
NEW YORK, NY 10019-2701

Education_Management_Corporation.txt
JP MORGAN SECURITIES LLC
270 PARK AVE
NEW YORK, NY 10017

JPMORGAN CHASE BANK N A
1111 POLARIS PARKWAY
COLUMBUS, OH 43240

JPMORGAN CHASE BANK NATIONAL ASSOCI
14201 DALLAS PKWY
DALLAS, TX 75254

KAREN BAILLIE
7553 GRAYMORE ROAD
PITTSBURGH, PA 15221-3115

KARLIN PARK 3000 LLC
LIZ STREBBING
C/O MCKINLEY, INC. AGENT
320 NORTH MAIN STREET, SUITE 200
ANN ARBOR, MI 48104

KATHERINE RITCHIE
LINDSEY E BREW, ESQ
PETER T LIMPERIS, ESQ
MILLER, PITT, FELDMAN & MCANALLY PLC
1 S CHURCH AVE, SUITE 900
TUCSON, AZ 85701-1680

KATONAH 2007-1 CLO LTD
QUEENSGATE HOUSE SOUTH CHURCH STREET
GEORGE TOWN
GRAND CAYMAN KY1-1102
CAYMAN ISLANDS

KKR - PBPR CAPITAL PARTNERS L P
555 CALIFORNIA STREET
50TH FLOOR
SAN FRANCISCO, CA 94104

KKR CORPORATE CREDIT PARTNERS L P
UGLAND HOUSE
GEORGE TOWN
GRAND CAYMAN KY1-1104
CAYMAN ISLANDS

KKR DEBT INVESTORS II (2006) (IRELAND)
L P
555 CALIFORNIA STREET
50TH FLOOR
SAN FRANCISCO, CA 94104

KKR FINANCIAL CLO 2005-1 LTD
555 CALIFORNIA STREET
50TH FLOOR
SAN FRANCISCO, CA 94104

KKR FINANCIAL CLO 2005-2 LTD
555 CALIFORNIA STREET
50TH FLOOR
SAN FRANCISCO, CA 94104

KKR FINANCIAL CLO 2006-1 LTD

Education_Management_Corporation.txt
555 CALIFORNIA STREET
50TH FLOOR
SAN FRANCISCO, CA 94104

KKR FINANCIAL CLO 2007-1 LTD
BOUNDARY HALL CRICKET SQUARE
GEORGE TOWN
GRAND CAYMAN KY1-1102
CAYMAN ISLANDS

KKR FINANCIAL CLO 2011-1 LTD
555 CALIFORNIA STREET
50TH FLOOR
SAN FRANCISCO, CA 94104

KKR FLOATING RATE FUND L P
UGLAND HOUSE
GEORGE TOWN
GRAND CAYMAN KY1-1104
CAYMAN ISLANDS

KNUTSON, R.B.
ADDRESS UNAVAILABLE AT TIME OF FILING

KRAMER, J DEVITT
151 LAUREL OAK DRIVE
SEWICKLEY, PA 15143-9386

L REIT LTD
MARLENE PETERSON
7904 N SAM HOUSTON PKWY W
4TH FL
HOUSTON, TX 77064

L REIT LTD.
EDGAR GOLDBERG
6525 WASHINGTON AVENUE
HOUSTON, TX 77007

LAURA INGRAM
LINDSEY E BREW, ESQ
PETER T LIMPERIS, ESQ
MILLER, PITT, FELDMAN & MCANALLY PLC
1 S CHURCH AVE, SUITE 900
TUCSON, AZ 85701-1680

LAURA P ROGERS IRA
24 HILLWOOD RD
MOBILE, AL 36608

LAURA P ROGERS
24 HILLWOOD RD
MOBILE, AL 36608

LEEDS EQUITY PARTNERS IV L P
C/O LEEDS EQUITY PARTNERS LLC
350 PARK AVENUE 23RD FLOOR
NEW YORK, NY 10022-6050

LEEDS EQUITY PARTNERS IV
CO INVESTMENT FUND A L P
C/O LEEDS EQUITY PARTNERS LLC
350 PARK AVENUE 23RD FLOOR

Education_Management_Corporation.txt
NEW YORK, NY 10022-6050

LEEDS EQUITY PARTNERS IV
CO INVESTMENT FUND B L P
C/O LEEDS EQUITY PARTNERS LLC
350 PARK AVENUE 23RD FLOOR
NEW YORK, NY 10022-6050

LEO F MULLIN
710 FAIRFIELD ROAD N W
ATLANTA, GA 30327-3224

LIBIA FIMBRES
LINDSEY E BREW, ESQ
PETER T LIMPERIS, ESQ
MILLER, PITT, FELDMAN & MCANALLY PLC
1 S CHURCH AVE, SUITE 900
TUCSON, AZ 85701-1680

LLOYD NATHAN
349 WEST 19TH STREET
NEW YORK, NY 10011

LOMBARDO, COLEBY
PRO SE - COLEBY LOMBARDO
1215 AMETHYST ST., UNIT B
REDONDO BEACH, CA 90277

LPL FINANCIAL CORPORATION
9785 TOWNE CENTRE DR
SAN DIEGO, CA 92121

LUCENT TECHNOLOGIES INC MASTER
PENSION TRUST
C/O OAKTREE CAPITAL MANAGEMENT LP
ATTN VICTORIA PARK
333 S GRAND AVENUE 28TH FLOOR
LOS ANGELES, CA 90071

MAGNOLIA ROAD GLOBAL CREDIT MASTER
FUND LP
660 MADISON AVENUE STE 1725
NEW YORK, NY 10065

MANUFACTURERS AND TRADERS TRUST COMP
2ND FLOOR
WILLIAMSVILLE, NY 14221

MARBLEGATE ASSET MANAGEMENT LLC
80 FIELD POINT ROAD
SUITE 101
GREENWICH, CT 06830

MARBLEGATE ASSET MANAGEMENT, LLC, ET AL
SEAN E O`DONNELL
LUCY C MALCOLM
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

MARLBOROUGH STREET CLO LTD
BOUNDARY HALL CRICKET SQUARE
GEORGE TOWN

Education_Management_Corporation.txt
GRAND CAYMAN KY1-1102
CAYMAN ISLANDS

MARYANN JONES
113 WILLOW FARM RD
FAIRVIEW, NC 28730-8550

MAZZONI, JOHN
618 CIDERBERRY DRIVE
WEXFORD, PA  15090

MCKENZIE H ADAMINA
ABRAHAM MATHEW AND JACOB GEORGE
500 SOUTH GRAND AVENUE, SUITE 1490
LOS ANGELES, CA 90071

MERRILL LYNCH CAPITAL CORPORATION
214 NORTH TRYON STREET
NC1 027 15 01
ATTN CREDIT INFORMATION GROUP
CHARLOTTE, NC 28255

MERRILL LYNCH CAPITAL CORPORATION
ATTN CREDIT INFORMATION GROUP
214 NORTH TRYON STREET
NC1 027-15-01
CHARLOTTE, NC 28255

MERRILL LYNCH PIERCE FENNER & SMIT
4804 DEER LAKE DRIVE BLDG #3 4TH FL
JACKSONVILLE, FL 32246-6484

MERRILL LYNCH PIERCE FENNER & SMITH
4804 DEER LAKE DRIVE BLDG #3 4TH FL
JACKSONVILLE, FL 32246-6484

MERRILL LYNCH PIERCE FENNER &
SMITH INCORPORATED
214 NORTH TRYON STREET
CHARLOTTE, NC 28255

MERRILL LYNCH PIERCE FENNER &
SMITH INCORPORATED
401 NORTH TRYON STREET
NC1-021-02-20
CHARLOTTE, NC 28255

MICHAEL CALLAHAN
LINDSEY E BREW, ESQ
PETER T LIMPERIS, ESQ
MILLER, PITT, FELDMAN & MCANALLY PLC
1 S CHURCH AVE, SUITE 900
TUCSON, AZ 85701-1680

MICHAEL K POWELL
7921 BRACKSFORD COURT
FAIRFAX STATION, VA 22039-3164

MICROSOFT GLOBAL FINANCE
C/O OAKTREE CAPITAL MANAGEMENT LP
ATTN VICTORIA PARK
333 S GRAND AVENUE 28TH FLOOR
LOS ANGELES, CA 90071

Page 18

Education_Management_Corporation.txt

MISSOURI EDUCATION PENSION TRUST
C/O OAKTREE CAPITAL MANAGEMENT LP
ATTN VICTORIA PARK
333 S GRAND AVENUE 28TH FLOOR
LOS ANGELES, CA 90071

MIZUHO BANK LTD
1-5-5 OTEMACHI
OTEMACHI TOWER
CHIYODA-KU
TOKYO 100-8176
JAPAN

MJX ASSET MANAGEMENT LLC
12 EAST 49TH ST, 29TH FL
NEW YORK, NY 10017

MJX ASSET MANAGEMENT LLC
12 EAST 49TH STREET
29TH FL
NEW YORK, NY 10017

MORGAN STANLEY & CO LLC
1 PIERREPONT PLZ FL 5
BROOKLYN, NY 11201

MORGAN STANLEY SMITH BARNEY LLC
75 VARICK ST
NEW YORK, NY 10013

MORRISON & FOERSTER LLP
250 WEST 55TH STREET
ATTN: GARY LEE
NEW YORK, NY 10019-9601

NATIONAL FINANCIAL SERVICES LLC
NEWPORT OFFICE CENTER III
499 WASHINGTON BOULEVARD 5TH FLOOR
ATTN: ROY TOLLEVSEN
JERSEY CITY, NJ 07310

NBCN INC /CDS
PO BOX 21
TORONTO, ON M5X 1J9
CANADA

NELSON, TODD
3250 E TERE STREET
PHOENIX, AZ  85044

NET 1 PHOENIX LLC
2000 WEST LOOP SOUTH
SUITE 1050
HOUSTON, TX 77027-3529

NET 1 PHOENIX, L L C
A DELAWARE LIMITED LIABILITY COMPANY
RICHARD M ROLLMAN
3507 NORTH CAMPBELL AVENUE, SUITE 111
TUCSON, AZ 85719

NEW MOUNTAIN FINANCE CORPORATION

Education_Management_Corporation.txt
787 SEVENTH AVENUE
48TH FLOOR
NEW YORK, NY 10019

NEW MOUNTAIN FINANCE HOLDINGS LLC
787 SEVENTH AVENUE
48TH FLOOR
NEW YORK, NY 10019

NEW YORK CITY EMPLOYEES RETIREMENT
SYSTEM
C/O OAKTREE CAPITAL MANAGEMENT LP
ATTN VICTORIA PARK
333 S GRAND AVENUE 28TH FLOOR
LOS ANGELES, CA 90071

NEW YORK CITY POLICE PENSION FUND
C/O OAKTREE CAPITAL MANAGEMENT LP
ATTN VICTORIA PARK
333 S GRAND AVENUE 28TH FLOOR
LOS ANGELES, CA 90071

NIPPER INDUSTRIAL HOLDINGS INC
CHRISTIAN H PETERSON
1700 FOSTORIA AVE
PO BOX 923
FINDLAY, OH 45840

NIPPER INDUSTRIAL HOLDINGS, LLC
WILLIAM V BEACH
MATTHEW L KLEIN, JOSH M KIN
CURPHEY & O`CONNELL
NINTH FLOOR, FOUR SEAGATE
TOLEDO, OH 43604

NOB HILL CLO LIMITED
QUEENSGATE HOUSE SOUTH CHURCH STREET
GEORGE TOWN
GRAND CAYMAN KY1-1102
CAYMAN ISLANDS

NOMURA SECURITIES INTERNATIONAL INC
TWO WORLD FINANCIAL CENTER
NEW YORK, NY 10281

NUVEEN FLOATING RATE INCOME FUND
333 WEST WACKER DRIVE
CHICAGO, IL 60606

NUVEEN FLOATING RATE INCOME
OPPORTUNITY FUND
333 WEST WACKER DRIVE
CHICAGO, IL 60606

NUVEEN SENIOR INCOME FUND
333 WEST WACKER DRIVE
CHICAGO, IL 60606

NUVEEN SYMPHONY CREDIT OPPORTUNITIES
FUND
333 WEST WACKER DRIVE
CHICAGO, IL 60606

Education_Management_Corporation.txt
NUVEEN SYMPHONY CREDIT OPPTY FUND
333 WEST WACKER DRIVE
CHICAGO, IL 60606

NUVEEN SYMPHONY FLOATING RATE
INCOME FUND
333 WEST WACKER DRIVE
CHICAGO, IL 60606

OAKTREE GLOBAL HIGH YIELD BOND FUND LP
333 S GRAND AVENUE 28TH FLOOR
ATTN VICTORIA PARK
LOS ANGELES, CA 90071

OAKTREE HIGH YIELD FUND II LP
333 S GRAND AVENUE 28TH FLOOR
ATTN VICTORIA PARK
LOS ANGELES, CA 90071

OAKTREE HIGH YIELD FUND LP
333 S GRAND AVENUE 28TH FLOOR
ATTN VICTORIA PARK
LOS ANGELES, CA 90071

OAKTREE SENIOR LOAN FUND LP
333 S GRAND AVENUE 28TH FLOOR
ATTN VICTORIA PARK
LOS ANGELES, CA 90071

OCM HIGH YIELD TRUST
333 S GRAND AVENUE 28TH FLOOR
ATTN VICTORIA PARK
LOS ANGELES, CA 90071

OHA ASIA CUSTOMIZED CREDIT FUND L P
WALKER HOUSE 87 MARY STREET
GEORGE TOWN
GRAND CAYMAN KY-19005
CAYMAN ISLANDS

OHA CREDIT PARTNERS IX LTD
QUEENSGATE HOUSE SOUTH CHURCH STREET
GEORGE TOWN
GRAND CAYMAN KY1-1102
CAYMAN ISLANDS

OHA CREDIT PARTNERS VII LTD
QUEENSGATE HOUSE SOUTH CHURCH STREET
GEORGE TOWN
GRAND CAYMAN KY1-1102
CAYMAN ISLANDS

OHA CREDIT PARTNERS VIII LTD
QUEENSGATE HOUSE SOUTH CHURCH STREET
GEORGE TOWN
GRAND CAYMAN KY1-1102
CAYMAN ISLANDS

OHA CUSTOM MULTI-SECTOR CREDIT MASTER
FUND LP
87 MARY STREET
GEORGE TOWN
GRAND CAYMAN KY1-9005

Education_Management_Corporation.txt
CAYMAN ISLANDS

OHA DIVERSIFIED CR STRATEGIES M FD
PARALLEL II LP
190 ELGIN AVENUE
GEORGE TOWN
GRAND CAYMAN KY1-9005
CAYMAN ISLANDS

OHA DIVERSIFIED CREDIT STRATEGIES FUND
MASTER LP
WALKER HOUSE 87 MARY STREET
GEORGE TOWN
GRAND CAYMAN KY1-9005
CAYMAN ISLANDS

OHA LOAN FUNDING 2013-1 LTD
QUEENSGATE HOUSE SOUTH CHURCH STREET
GEORGE TOWN
GRAND CAYMAN KY1-1102
CAYMAN ISLANDS

OKLAHOMA TAX COMMISSION
CORPORATE INCOME TAX
PO BOX 26800
OKLAHOMA CITY, OK 73126-6800

OKONKWO, IRENE
MICHAEL P COYLE
THE COYLE LAW GROUP
6700 ALEXANDER BELL DRIVE, STE 200,
COLUMBIA, MD 21046

OMEGA CAPITAL INVESTORS LP
C/O OMEGA ADVISORS INC
810 SEVENTH AVENUE 33RD FL
NEW YORK, NY 10019

OMEGA CAPITAL PARTNERS LP
C/O OMEGA ADVISORS INC
810 SEVENTH AVENUE 33RD FL
NEW YORK, NY 10019

OMEGA CREDIT OPPORTUNITIES MASTER
FUND LP
C/O OMEGA ADVISORS INC
810 SEVENTH AVENUE 33RD FL
NEW YORK, NY 10019

OMEGA EQUITY INVESTORS LP
C/O OMEGA ADVISORS INC
810 SEVENTH AVENUE 33RD FL
NEW YORK, NY 10019

OMEGA OVERSEAS PARTNERS LTD
C/O OMEGA ADVISORS INC
810 SEVENTH AVENUE 33RD FL
NEW YORK, NY 10019

ONTARIO TEACHERS PENSION PLAN BOARD
5650 YONGE STREET
TORONTO, ON M2M 4H5
CANADA

Page 22

Education_Management_Corporation.txt

OPPENHEIMER & CO INC
125 BROAD ST
NEW YORK, NY 10004

OPTIONSXPRESS INC
150 S WACKER DR 12TH FL
CHICAGO, IL 60606-4111

ORTIZ, JASON
CATHERINE E ANDERSON ESQ
GISKAN SOLOTAROFF ET AL.
21 7 CENTRE STREET, 6TH FLOOR
NEW YORK, NY 10013

PAUL J SALEM
C/O PROVIDENCE EQUITY PARTNERS
50 KENNEDY PLAZA 18TH FLOOR
PROVIDENCE, RI 02903-2393

PENNSYLVANIA DEPARTMENT OF
REVENUE
333 MARKET ST.
HARRISBURG, PA 17126-0333

PEP EDMC L L C
C/O PROVIDENCE EQUITY PARTNERS
50 KENNEDY PLAZA 18TH FLOOR
PROVIDENCE, RI 02903-2393

PERSHING LLC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399

PETER O WILDE
C/O PROVIDENCE EQUITY PARTNERS
50 KENNEDY PLAZA 18TH FLOOR
PROVIDENCE, RI 02903-2393

PG E CORPORATION RETIREMENT MASTER TRUST
C/O OAKTREE CAPITAL MANAGEMENT LP
ATTN VICTORIA PARK
333 S GRAND AVENUE 28TH FLOOR
LOS ANGELES, CA 90071

PG E POSTRETIRE MED PLAN TRST NON-MGMT
EMP & RETIREE
C/O OAKTREE CAPITAL MANAGEMENT LP
ATTN VICTORIA PARK
333 S GRAND AVENUE 28TH FLOOR
LOS ANGELES, CA 90071

PLYMOUTH LANE CAPITAL MANAGEMENT LLC
717 FIFTH AVE 11TH FLOOR
NEW YORK, NY 10022

PROVIDENCE EQUITY OPERATING
PARTNERS IV L P
C/O PROVIDENCE EQUITY PARTNERS
50 KENNEDY PLAZA 18TH FLOOR
PROVIDENCE, RI 02903-2393

PROVIDENCE EQUITY PARTNERS IV L P

Education_Management_Corporation.txt
C/O PROVIDENCE EQUITY PARTNERS
50 KENNEDY PLAZA 18TH FLOOR
PROVIDENCE, RI 02903-2393

PROVIDENCE EQUITY PARTNERS V L P
C/O PROVIDENCE EQUITY PARTNERS
50 KENNEDY PLAZA 18TH FLOOR
PROVIDENCE, RI 02903-2393

PROVIDENCE EQUITY PARTNERS V-A L P
C/O PROVIDENCE EQUITY PARTNERS
50 KENNEDY PLAZA 18TH FLOOR
PROVIDENCE, RI 02903-2393

QUESTRADE INC /CDS
5650 YONGE STREET
TORONTO, ON M2M 4G3
CANADA

RAYMOND GONZALES
FRANK E MARCHETTI
MARCHETTI LAW
650 SIERRA MADRE VILLA AVE., STE 102
PASADENA, CA 91107

RAYMOND JAMES & ASSOCIATES INC
880 CARILLON PKWY
SAINT PETERSBURG, FL 33716

RBC CAPITAL MARKETS LLC
60 SOUTH SIXTH STREET 9TH FLOOR
ATTN SECURITY TRANSFERS & RESTRICTED
MINNEAPOLIS, MN 55402

RBC DOMINION SECURITIES INC /CDS
PO BOX 50
TORONTO, ON M5J 2W7
CANADA

RC GEISHLER, LLC
RUSSEL B PROPHET
HAMPTON & ROYCE, L C
9TH FLR - UNITED BUILDING 119 WEST IRON
PO BOX 1247
SALINA, KS 67402-1247

REBECCA PORTER
LINDSEY E BREW, ESQ
PETER T LIMPERIS, ESQ
MILLER, PITT, FELDMAN & MCANALLY PLC
1 S CHURCH AVE, SUITE 900
TUCSON, AZ 85701-1680

REEF ROAD MASTER FUND LTD
C/O REEF ROAD CAPITAL LLC
747 THIRD AVENUE 19TH FL
NEW YORK, NY 10017

REGIMENT CAPITAL LTD
SOUTH CHURCH STREET UGLAND HOUSE
GEORGE TOWN
GRAND CAYMAN
CAYMAN ISLANDS

Education_Management_Corporation.txt

REGIMENT CAPITAL LTD
SOUTH CHURCH STREET UGLAND HOUSE
GRAND CAYMAN
CAYMAN ISLANDS

RELIANCE TRUST COMPANY
SUITE 400
ATLANTA, GA 30328

RICHARD MARVIN THOME LIVING TRUST
2741 RYEWOOD AVENUE APT G
COPLEY, OH 44321-2802

ROBERT W BAIRD & CO INCORPORATED
777 E WISCONSIN AVE
MILWAUKEE, WI 53202

RUSSELL GLOBAL OPPORTUNISTIC CREDIT FUND
C/O OAKTREE CAPITAL MANAGEMENT LP
ATTN VICTORIA PARK
333 S GRAND AVENUE 28TH FLOOR
LOS ANGELES, CA 90071

SALINA BUILDING COMPANY, INC.
MIKE BOSTATER
PO BOX 2243
SALINA, KS 67402

SALINA BUILDING COMPANY, INC.
RUSSEL B PROPHET
HAMPTON & ROYCE, L C
119 WEST IRON, NINTH FLOOR
PO BOX 1247
SALINA, KS 67402-1247

SAMUEL C COWLEY
14629 S 1ST STREET
PHOENIX, AZ 85048-1828

SAN GABRIEL CLO I LTD
QUEENSGATE HOUSE SOUTH CHURCH STREET
GEORGE TOWN
GRAND CAYMAN KY1-1102
CAYMAN ISLANDS

SARATOGA INVESTMENT CORP CLO 2013-1 LTD
BOUNDARY HALL CRICKET SQUARE
GEORGE TOWN
GRAND CAYMAN KY1-1102
CAYMAN ISLANDS

SCND BLOCK 1000 LLC
C/O CULLINAN PROPERTIES LTD
LAURA VAHLE
2020 WEST WAR MEMORIAL DR
STE 103
PEORIA, IL 61614

SCND BLOCK 1000 LLC
C/O QUINCY MALL
LAURA VAHLE
3347 QUINCY MALL

Education_Management_Corporation.txt
QUINCY, IL 62301

SCND BLOCK 1000 LLC
DAVID FORTH
JAMES HUTCHISON & FORTH P C
111 WESTPORT PLAZA DR , STE 505
ST. LOUIS, MO 63146

SCND BLOCK 1000 LLC
LAURA VAHLE
C/O QUINCY MALL
3347 QUINCY MALL
QUINCY, IL 62301

SCND BLOCK 1000 LLC
SCOTT BISHOP
2020 W WAR MEMORIAL
STE 103
PEORIA, IL 61614

SCOTIA CAPITAL INC /CDS
40 KING ST W
TORONTO, ON M5H 1H1
CANADA

SCOTTRADE INC
12800 CORPORATE HILL DR
SAINT LOUIS, MO 63131

SEARS HOLDINGS PENSION TRUST
C/O OAKTREE CAPITAL MANAGEMENT LP
ATTN VICTORIA PARK
333 S GRAND AVENUE 28TH FLOOR
LOS ANGELES, CA 90071

SEATTLE OFFICE OF LABOR STANDARDS
OFFICE FOR CIVIL RIGHTS
810 THIRD AVE STE 750
SEATTLE, WA 98104

SEI PRIVATE TRUST COMPANY
1 FREEDOM VALLEY DRIVE
OAKS, PA 19456

SENIOR DEBT PORTFOLIO
2 INTERNATIONAL PLACE
9TH FLOOR
BOSTON, MA 02110

SG AMERICAS SECURITIES LLC
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

SHASTA CLO I LTD
CRICKET SQUARE BOUNDARY HALL
PO BOX 1093
GEORGE TOWN
GRAND CAYMAN KY1-1102
CAYMAN ISLANDS

SHAYLENE MUCKLE
LINDSEY E BREW, ESQ
PETER T LIMPERIS, ESQ

Education_Management_Corporation.txt
```
MILLER, PITT, FELDMAN & MCANALLY PLC
1 S CHURCH AVE, SUITE 900
TUCSON, AZ 85701-1680

SHELLY C DUBOIS
PO BOX 77645
SEATTLE, WA 98177-0645

SHORESAND & CO
STATE STREET CORPORATION
1776 HERITAGE DRIVE
QUINCY, MA 02171

SLATER MILL LOAN FUND GP LTD
CLIFTON HOUSE 75 FORT STREET
PO BOX 1350
GEORGE TOWN
GRAND CAYMAN KY1-1108
CAYMAN ISLANDS

SOUTHWEST SECURITIES INC
1201 ELM ST
DALLAS, TX 75496

SPACE COAST CREDIT UNION
NEIL WOODINGS
8045 N WICKHAM RD
MELBOURNE, FL 32940

SRC AIRPORT OWNER LP
898 N SEPULVEDA BLVD #500
EL SEGUNDO, CA 90245

STATE OF CT RETIREMENT PLANS AND TRUST
FUNDS
C/O OAKTREE CAPITAL MANAGEMENT LP
ATTN VICTORIA PARK
333 S GRAND AVENUE 28TH FLOOR
LOS ANGELES, CA 90071

STATE STREET BANK AND TRUST COMPANY
1776 HERITAGE DR
QUINCY, MA 02171

STATE TEACHERS RETIREMENT SYSTEM OF OHIO
C/O OAKTREE CAPITAL MANAGEMENT LP
ATTN VICTORIA PARK
333 S GRAND AVENUE 28TH FLOOR
LOS ANGELES, CA 90071

STEPHEN E ACE
13 LARCH DRIVE
CHESTER, NJ 07930

STEPHENS INC
111 CENTER ST
LITTLE ROCK, AR 72201

STEPSTONE CAPITAL PARTNERS II
CAYMAN HOLDINGS LP
4275 EXECUTIVE SQUARE SUITE 500
LA JOLLA, CA 92037
```
                          Page 27

Education_Management_Corporation.txt
STEPSTONE CAPITAL PARTNERS II
ONSHORE LP
4275 EXECUTIVE SQUARE SUITE 500
LA JOLLA, CA 92037

STIFEL NICOLAUS & COMPANY INCORPOR
501 N BROADWAY
SAINT LOUIS, MO 63102

STIFEL NICOLAUS CUSTODIAN FOR
ROY A WILLIAMSON CONV ROTH IRA
ACCOUNT # 3951-3286
501 N BROADWAY
SAINT LOUIS, MO 63102

STOCKCROSS FINANCIAL SERVICES INC
77 SUMMER ST
BOSTON, MA 02110

STONE, AMANDA
ADDRESS UNAVAILABLE AT TIME OF FILING


STONEY LANE FUNDING I LTD
SOUTH CHURCH STREET QUEENSGATE HOUSE
GEORGE TOWN
GRAND CAYMAN KY1-1102
CAYMAN ISLANDS

SUNRISE PARTNERS LIMITED PARTNERSHIP
TWO AMERICAN LANE
GREENWICH, CT 06836

SUZANNE PRENTISS
LINDSEY E BREW, ESQ
PETER T LIMPERIS, ESQ
MILLER, PITT, FELDMAN & MCANALLY PLC
1 S CHURCH AVE, SUITE 900
TUCSON, AZ 85701-1680

SWISSQUOTE BANK SA
CHEMIN DE LA CRETAUX 33
GLAND CH 1196
SWITZERLAND

SYMPHONY CLO III LTD
BOUNDARY HALL CRICKET SQUARE
GEORGE TOWN
GRAND CAYMAN KY1-1102
CAYMAN ISLANDS

SYMPHONY CLO VII LTD
BOUNDARY HALL CRICKET SQUARE
GEORGE TOWN
GRAND CAYMAN KY1-1102
CAYMAN ISLANDS

SYMPHONY CLO XII LTD
SOUTH CHURCH STREET QUEENSGATE HOUSE
GEORGE TOWN
GRAND CAYMAN KY1-1102
CAYMAN ISLANDS

Education_Management_Corporation.txt

TD AMERITRADE CLEARING INC CUSTODIAN
FBO CATHERINE J KELLEHER IRA
PO BOX 2226
OMAHA, NE 68103-2226

TD AMERITRADE CLEARING INC
PO BOX 2760
OMAHA, NE 68103-2760

TD WATERHOUSE CANADA INC /CDS
77 BLOOR ST W
TORONTO, ON M5S 1M2
CANADA

TEACHERS RETIREMENT SYSTEM OF THE
CITY OF NY
C/O OAKTREE CAPITAL MANAGEMENT LP
ATTN VICTORIA PARK
333 S GRAND AVENUE 28TH FLOOR
LOS ANGELES, CA 90071

TELOS CLO 2006-1 LTD
87 MARY STREET WALKER HOUSE
GEORGE TOWN
GRAND CAYMAN KY1-9002
CAYMAN ISLANDS

TELOS CLO 2007-2 LTD
WALKER HOUSE 87 MARY STREET
GEORGE TOWN
GRAND CAYMAN KY1-9002
CAYMAN ISLANDS

TELOS CLO 2013-3 LTD
CLIFTON HOUSE 75 FORT STREET
GEORGE TOWN
GRAND CAYMAN KY1-1108
CAYMAN ISLANDS

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
P.O. BOX 13528, CAPITOL STATION
AUSTIN, TX 78711-3528

TEXAS COUNTY & DISTRICT RETIREMENT
SYSTEM
C/O OAKTREE CAPITAL MANAGEMENT LP
ATTN VICTORIA PARK
333 S GRAND AVENUE 28TH FLOOR
LOS ANGELES, CA 90071

THE BANK OF NEW YORK MELLON
PO BOX 926
PITTSBURGH, PA 15230

THE BANK OF NEW YORK MELLON/MELLON T
THREE MELLON BANK CENTER
PITTSBURGH, PA 15259

THE COCA-COLA COMPANY
ONE COCA-COLA PLAZA NW
ATLANTA, GA 30301

THE MANGROVE PARTNERS MASTER FUND LTD

Education_Management_Corporation.txt
645 MADISON AVENUE FLOOR 14
NEW YORK, NY 10022

THE NORTHERN TRUST COMPANY
801 SOUTH CANAL STREET
CHICAGO, IL 60607

THE SEAPORT GROUP LLC PENSION PLAN
360 MADISON AVENUE 22ND FL
ATTN MARKUS WITTHAUT
NEW YORK, NY 10017

TIMBER HILL LLC
8 GREENWICH OFFICE PARK
GREENWICH, CT 06831

TMCT II LLC
C/O OAKTREE CAPITAL MANAGEMENT LP
ATTN VICTORIA PARK
333 S GRAND AVENUE 28TH FLOOR
LOS ANGELES, CA 90071

TMCT LLC
C/O OAKTREE CAPITAL MANAGEMENT LP
ATTN VICTORIA PARK
333 S GRAND AVENUE 28TH FLOOR
LOS ANGELES, CA 90071

TMD HOLDINGS, LLC
CHARLES KELLY, ESQ
MICHAEL J JOYCE, ESQ
SAUL EWING LLP
ONE PPG PLACE, SUITE 3010
PITTSBURGH, PA 15222

TOMMY WANG
CHARLES KELLY, ESQ
MICHAEL J JOYCE, ESQ
SAUL EWING LLP
ONE PPG PLACE, SUITE 3010
PITTSBURGH, PA 15222

TOWNSEND, ARETHA
PRO SE - ARETHA TOWNSEND
PO BOX 1197
AUSTELL, GA 30168

TRACEY SCHOONMAKER
22159 O`BRIEN ROAD
HOWEY IN THE HILLS, FL 34737-4614

TRACY WASHINGTON AND NORMAN TROTMAN
REPS THE EST ALEXANDER TROTMAN DECEASED
THOMAS E. BUSER, ESQ
KRUPNICK CAMPBELL MALONE ET AL
12 SE SEVENTH ST #801 LEGACY BANK BLDG
FORT LAUDERDALE, FL 33301

TRADESTATION SECURITIES INC
SUITE 2000
PLANTATION, FL 33324

U S BANK N A

Education_Management_Corporation.txt
1555 NORTH RIVER CENTER
MILWAUKEE, WI 53212

UBS AG STAMFORD BRANCH/AS CUSTODIAN
677 WASHINGTON BLVD
STAMFORD, CT 06901

UBS AG ZURICH
BAHNHOFSTRASSE 45
ZURICH 8001
SWITZERLAND

UBS FINANCIAL SERVICES INC
7TH FLOOR
WEEHAWKEN, NJ 07086

UBS SECURITIES LLC/SECURITIES LENDIN
1000 HARBOR BLVD 6TH FLOOR
ATTN: MARY CHAMULAK-OSZUSTOWICZ
WEEHAWKEN, NJ 07086

UMC BENEFIT BOARD INC
C/O OAKTREE CAPITAL MANAGEMENT LP
ATTN VICTORIA PARK
333 S GRAND AVENUE 28TH FLOOR
LOS ANGELES, CA 90071

UNISUPER
C/O OAKTREE CAPITAL MANAGEMENT LP
ATTN VICTORIA PARK
333 S GRAND AVENUE 28TH FLOOR
LOS ANGELES, CA 90071

US BANK NA, AS COLLATERAL AGENT
214 N TRYON STREET 26TH FLOOR
CHARLOTTE, NC 28202

US BANK, AS ADMINISTRATIVE AND
COLLATERAL AGENT
C/O BART PISELLA
WINSTON & STRAWN, LLP
200 PARK AVENUE
NEW YORK, NY 10166-4193

US INCOME STRATEGY FUND OF NIKKO AM
INVESTMENT TRU
11 DR ROY`S DRIVE, PO BOX 694
GRAND CAYMAN GT, 11
CAYMAN ISLANDS

US INCOME STRATEGY FUND OF NIKKO AM
INVESTMETN TRU
11 DR ROY`S DRIVE
PO BOX 694
GRAND CAYMAN GT-11
CAYMAN ISLANDS

VANGUARD MARKETING CORPORATION
100 VANGUARD BOULEVARD
MALVERN, PA 19355

VENTURE VII CDO LIMITED
BOUNDARY HALL CRICKET SQUARE

Page 31

Education_Management_Corporation.txt
PO BOX 1093
GEORGE TOWN
GRAND CAYMAN KY1-1102
CAYMAN ISLANDS

VENTURE VIII CDO LIMITED
BOUNDARY HALL CRICKET SQUARE
GEORGE TOWN
GRAND CAYMAN KY1-1102
CAYMAN ISLANDS

VENTURE VIII CDO LIMITED
BOUNDARY HALL CRICKET SQUARE
PO BOX 1093
GEORGE TOWN
GRAND CAYMAN KY1-1102
CAYMAN ISLANDS

VENTURE X CLO LIMITED
BOUNDARY HALL CRICKET SQUARE
GEORGE TOWN
GRAND CAYMAN KY1-1102
CAYMAN ISLANDS

VENTURE X CLO LIMITED
BOUNDARY HALL CRICKET SQUARE
PO BOX 1093
GEORGE TOWN
GRAND CAYMAN KY1-1102
CAYMAN ISLANDS

VINCE RABAGO, ESQ.
2135 E. GRANT RD
TUCSON,, AZ 85719

VMT II LLC
C/O OMEGA ADVISORS INC
810 SEVENTH AVENUE 33RD FL
NEW YORK, NY 10019

WALSH, BONG
2145 DONALD DR #2
MORAGA, CA 94556

WEDBUSH SECURITIES INC /P3
1000 WILSHIRE BLVD
LOS ANGELES, CA 90017

WEDBUSH SECURITIES INC
1000 WILSHIRE BLVD
LOS ANGELES, CA 90017

WELLS FARGO BANK N A /SIG
8739 RESEARCH DR
CHARLOTTE, NC 28262

WELLS FARGO BANK NA
45 FREMONT STREET
SAN FRANCISCO, CA 94105

WELLS FARGO BANK NATIONAL ASSOCIATI
733 MARQUETTE AVENUE SOUTH 8TH FL-TRU
MINNEAPOLIS, MN 55479

Education_Management_Corporation.txt

WELLS FARGO CLEARING SERVICES LLC
FOR THE EXCLUSIVE BENEFIT OF CUSTOMERS
1 NORTH JEFFERSON AVE
MAC H0005-060
SAINT LOUIS, MO 63103

WEST, EDWARD
1750 SKY LARK LANE
UNIT 2818
HOUSTON, TX  77056

WILLIAM BLAIR & COMPANY L L C
222 W ADAMS ST
CHICAGO, IL 60606

WILLIAM G. WALKER, ESQ.
177 N. CHURCH AVE, SUITE 807
TUCSON, AZ 85719

WILLIAM R JOHNSON
C/O EDUCATION MANAGEMENT CORP
210 SIXTH AVENUE
PITTSBURGH, PA 15222

WINSTON & STRAWN, LLP
200 PARK AVENUE
ATTN: BART PISELLA
NEW YORK, NY 10166-4193

WM POOL-HIGH YIELD FIXED INTEREST TRUST
C/O OAKTREE CAPITAL MANAGEMENT LP
ATTN VICTORIA PARK
333 S GRAND AVENUE 28TH FLOOR
LOS ANGELES, CA 90071

XL RE LTD
ONE BERMUDIANA ROAD O`HARA HOUSE
HAMILTON HM 08
BERMUDA

YORK ADAMS TAX BUREAU
1415 N DUKE STREET
PO BOX 15627
YORK, PA 17405

ZAINAL ARIFIN
8620 55TH AVE
ELMHURST, NY 11373