IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| EDUCATION MANAGEMENT II, LLC, *et al.*,[1] | ) | Case No. 18-11494 (LSS) |
| | ) | |
| Debtors. | ) | |
| | ) | |

**DEBTORS' MOTION FOR ENTRY OF AN ORDER SHORTENING NOTICE PERIODS WITH RESPECT TO THE DEBTORS' MOTION TO FILE AND MAINTAIN STUDENT NAMES AND ADDRESSES UNDER SEAL**

Education Management II, LLC (the "Company") and its affiliated debtors (collectively, the "Debtors"), by and through their undersigned counsel, hereby submit this motion (the "Motion to Shorten"), pursuant to section 105 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 9006(c) and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9006-1(e) of the Local Rules of Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") for entry of an order, substantially in the proposed form attached hereto as **Exhibit A**, shortening the applicable notice period and scheduling a hearing (the "Hearing") on the *Debtors' Motion to File and Maintain Student Names and Addresses Under Seal* (the "Motion to Seal"),[2] filed contemporaneously herewith, for a date and time at the Court's earliest convenience, and requiring objections, if any, to the Motion to Seal to be filed and served on the Debtors on or before 4:00 p.m. (ET) (the "Objection Deadline") on the date that is one business day before the Hearing. In support thereof, the Debtors respectfully state as follows:

---

[1] Debtor anticipate that the trustee appointed in this and the fifty-eight related cases has or will soon file a motion seeking joint administration of such cases, with this case designated as the lead case. A listing of all fifty-nine affiliated debtors and the case number assigned to each debtor is attached hereto as **Exhibit B**.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion to Seal.

#49199230 v2

## BACKGROUND

1. Substantially contemporaneous with the filing of this Motion to Shorten, the Debtors each commenced a case by filing a petition for relief under chapter 7 of the Bankruptcy Code (the "Petition Date").

2. Contemporaneously herewith, the Debtors filed the Motion to Seal, which requests entry of an order authorizing the Debtors to file, and the Clerk and/or appointed claims and noticing agent to maintain, the names and addresses of Debtors' former students under seal in their respective chapter 7 cases.

3. As set forth in greater detail in the Motion to Seal, Debtors' creditor matrix includes approximately 60,000 names and addresses of former students who attended a campus operated by Debtors or their affiliates at any time since January 1, 2017. Debtors believe that the public disclosure of the names and addresses of those former students, without a Court order requiring such disclosure, may violate the Family Educational Rights and Privacy Act ("FERPA"). Debtors therefore seek authority to file and maintain under seal: (a) those portions of their creditor matrix or matrices containing the names and addresses of former students,[3] (b) disclosures of student names and addresses in schedules and statements of financial affairs filed in these cases, and (c) any pleadings containing the names and addresses of former students.

## RELIEF REQUESTED

4. By this Motion to Shorten, the Debtors seek entry of an order, substantially in the form attached hereto as **Exhibit A**, (a) shortening the notice period with respect to the Motion to Seal filed contemporaneously herewith such that the Motion to Seal may be heard at the Court's earliest convenience, and (b) requiring that the Objection Deadline for filing and serving

---

[3] The Company filed a redacted creditor matrix with its petition.

objections, if any, to the relief requested in the Motion to Seal be on or before 4:00 p.m. (ET) on the date that is one business day before the Hearing.

### BASIS FOR RELIEF REQUESTED

5. Section 102(1) of the Bankruptcy Code provides that "after notice and a hearing" requires only "such notice [and opportunity for a hearing] as is appropriate in the particular circumstances . . . ." 11 U.S.C. § 102(1). Furthermore, section 105(a) of the Bankruptcy Code provides that the Court "may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions" of the Bankruptcy Code. 11 U.S.C. §105(a).

6. Bankruptcy Rule 9006(c) provides that the Court may reduce the time periods for notice of a motion and hearing otherwise set by the Bankruptcy Rules "for cause shown". Fed. R. Bankr. P. 9006(c). Local Rule 9006-1(e) also permits the Court to order a notice period to be shortened upon written motion specifying the exigencies supporting shortened notice. *See* Del. Bankr. L.R. 9006-1(e). In exercising such discretion, the court should "consider the prejudice to parties entitled to notice and weigh this against the reasons for hearing the motion on an expedited basis." *In re Philadelphia Newspapers, LLC*, 690 F.3d 161, 172 (3d Cir. 2012).

7. The Debtors submit that cause exists to shorten the notice period for the relief requested in the Motion to Seal. The Debtors filed redacted creditor matrices with their bankruptcy petitions and are required to file their schedules and statements of financial affairs (collectively, the "Schedules") within fourteen (14) days of the Petition Date. Both the creditor matrices and the Schedules, if not redacted, would include the names and addresses of former students. Furthermore, once a chapter 7 trustee is appointed, he or she will be required to file pleadings, including certificates of service, that likely will include the names and addresses of the Debtors' former students. Unless the Debtors, and ultimately the chapter 7 trustee, are

authorized to redact the former students' names and addresses from such filings, the possibility exists that the Debtors and/or the chapter 7 trustee will be found to have violated FERPA by publicly disclosing such information without the former students' consent or waiver of the rights granted them under FERPA.  The Debtors therefore require an expedited determination that they and the chapter 7 trustee are authorized to file such information under seal.  Moreover, unlike a chapter 11 case in this jurisdiction, there is no "first day" hearing to grant the Debtors emergency relief such as that requested by the Motion to Seal.  As a result, cause exists to hear the Motion to Seal on shortened notice at the Hearing.

## **NOTICE**

8.     Notice of this Motion to Shorten will be given to, or in lieu thereof, to their counsel: (i) the Office of the United States Trustee; (ii) the interim trustee appointed in these cases; (iii) the United States Department of Education; and (iv) any party that has appeared and requested notice in these cases.  The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

WHEREFORE, the Debtors respectfully request that the Court enter the proposed order, attached hereto as **Exhibit A**, granting the relief requested herein and such other relief as the Court deems appropriate under the circumstances.

Dated:  June 29, 2018          Respectfully submitted,
        Wilmington, Delaware

                               PEPPER HAMILTON LLP

                               /s/ Evelyn J. Meltzer
                               David B. Stratton (DE 960)
                               Evelyn J. Meltzer (DE 4581)
                               Hercules Plaza, Suite 5100
                               1313 Market Street
                               P.O. Box 1709
                               Wilmington, Delaware 19899-1709
                               Telephone: (302) 777-6500

-5-

Email: strattond@pepperlaw.com
       meltzere@pepperlaw.com

- and -

FAEGRE BAKER DANIELS LLP
Jay Jaffe
Dustin R. DeNeal
Kayla D. Britton
600 E. 96th Street, Suite 600
Indianapolis, Indiana 46240
Email: Jay.Jaffe@FaegreBD.com
       Dustin.DeNeal@FaegreBD.com
       Kayla.Britton@FaegreBD.com

*Counsel for Debtors*