## EXHIBIT B

| Case Number | Debtor | FEIN | |
|---|---|---|---|
| 18-11494 | Education Management II LLC | 47-2042661 | 1 |
| 18-11495 | American Education Centers, Inc. | 23-2726160 | 2 |
| 18-11496 | Argosy Education Group, Inc. | 36-2855674 | 3 |
| 18-11497 | Argosy University of California LLC | 27-1651273 | 4 |
| 18-11498 | Brown Mackie College - Tucson, Inc. | 86-026-4601 | 5 |
| 18-11499 | Education Finance III LLC | 47-2192533 | 6 |
| 18-11500 | Education Management Corporation | 25-1119571 | 7 |
| 18-11501 | Education Management Holdings II LLC | 47-2042529 | 8 |
| 18-11502 | Education Management LLC | 20-4506022 | 9 |
| 18-11503 | Higher Education Services II LLC | 47-2203436 | 10 |
| 18-11504 | Miami International University of Art & Design, Inc. | 58-2641065 | 11 |
| 18-11505 | South Education – Texas LLC | 27-2192573 | 12 |
| 18-11506 | South University of Alabama, Inc. | 63-0314610 | 13 |
| 18-11507 | South University of Carolina, Inc. | 58-2338201 | 14 |
| 18-11508 | South University of Florida, Inc. | 75-3009226 | 15 |
| 18-11509 | South University of Michigan, LLC | 27-3966655 | 16 |
| 18-11510 | South University of North Carolina LLC | 26-1569113 | 17 |
| 18-11511 | South University of Ohio LLC | 45-0949944 | 18 |
| 18-11512 | South University of Virginia, Inc. | 26-1569263 | 19 |
| 18-11513 | South University Research II LLC | 47-2323744 | 20 |
| 18-11514 | South University, LLC | 58-1147090 | 21 |
| 18-11515 | Stautzenberger College Education Corporation | 23-2914675 | 22 |
| 18-11516 | TAIC-San Diego, Inc. | 95-3791894 | 23 |
| 18-11517 | TAIC-San Francisco, Inc. | 95-3789487 | 24 |
| 18-11518 | The Art Institutes International Minnesota, Inc. | 25-1796999 | 25 |
| 18-11519 | The Art Institute of Atlanta, LLC | 58-0671597 | 26 |
| 18-11520 | The Art Institute of Austin, Inc. | 26-1173626 | 27 |
| 18-11521 | The Art Institute of California-Hollywood, Inc. | 22-3863289 | 28 |
| 18-11522 | The Art Institute of California-Inland Empire, Inc. | 20-2316775 | 29 |

| 18-11523 | The Art Institute of California - Los Angeles, Inc. | 25-1364215 | 30 |
| --- | --- | --- | --- |
| 18-11524 | The Art Institute of California-Orange County, Inc. | 52-2136608 | 31 |
| 18-11525 | The Art Institute of California-Sacramento, Inc. | 20-5076212 | 32 |
| 18-11526 | The Art Institute of Charleston, Inc. | 20-5076048 | 33 |
| 18-11527 | The Art Institute of Charlotte, LLC | 56-1024912 | 34 |
| 18-11528 | The Art Institute of Colorado, Inc. | 84-0703062 | 35 |
| 18-11529 | The Art Institute of Dallas, Inc. | 75-1589012 | 36 |
| 18-11530 | The Art Institute of Fort Lauderdale, Inc. | 59-1500255 | 37 |
| 18-11531 | The Art Institute of Houston, Inc. | 75-1589015 | 38 |
| 18-11532 | The Art Institute of Indianapolis, LLC | 25-1586913 | 39 |
| 18-11533 | The Art Institute of Las Vegas, Inc. | 88-0256362 | 40 |
| 18-11534 | The Art Institute of Michigan, Inc. | 20-5218614 | 41 |
| 18-11535 | The Art Institute of Philadelphia LLC | 26-4467396 | 42 |
| 18-11536 | The Art Institute of Pittsburgh LLC | 26-4467441 | 43 |
| 18-11537 | The Art Institute of Portland, Inc. | 52-2082215 | 44 |
| 18-11538 | The Art Institute of Raleigh-Durham, Inc. | 26-1388031 | 45 |
| 18-11539 | The Art Institute of St. Louis, Inc. | 80-0449555 | 46 |
| 18-11540 | The Art Institute of San Antonio, Inc. | 26-4104394 | 47 |
| 18-11541 | The Art Institute of Seattle, Inc. | 52-1209614 | 48 |
| 18-11542 | The Art Institute of Tampa, Inc. | 01-0746822 | 49 |
| 18-11543 | The Art Institute of Tennessee-Nashville, Inc. | 20-1705359 | 50 |
| 18-11544 | The Art Institute of Virginia Beach LLC | 26-2242784 | 51 |
| 18-11545 | The Art Institute of Washington, Inc. | 52-1117043 | 52 |
| 18-11546 | The Art Institutes International II LLC | 47-2179270 | 53 |
| 18-11547 | The Illinois Institute of Art at Schaumburg, Inc. | 36-4043502 | 54 |
| 18-11548 | The Illinois Institute of Art, Inc. | 36-4043500 | 55 |
| 18-11549 | The Institute of Post-Secondary Education, Inc. | 25-1360283 | 56 |
| 18-11550 | The New England Institute of Art, LLC | 04-2987798 | 57 |
| 18-11551 | The University of Sarasota, Inc. | 59-3335558 | 58 |
| 18-11552 | Western State University of Southern California | 95-2313875 | 59 |