**Information to identify the case:**

| | | |
|---|---|---|
| Debtor | **Education Management II LLC**<br>Name | EIN **47–2042661** |
| United States Bankruptcy Court **District of Delaware** | | Date case filed for chapter **7  6/29/18** |
| Case number: **18–11494–LSS** | | |

# Official Form 309C (For Corporations or Partnerships)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     12/15

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**
**Debtors: Valid Picture ID is required for access to the J. Caleb Boggs Federal Building. Additionally, Debtor(s) must also present photo ID plus original verification of his/her social security number to the Bankruptcy Trustee. If you do not have a photo ID and/or original verification of your social security number, please contact the Office of the United States Trustee's (302–573–6491).**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Education Management II LLC | |
| 2. | **All other names used in the last 8 years** | aka New Education Management LLC, aka EDMC Online Higher Education | |
| 3. | **Address** | 210 Sixth Avenue, 3rd Floor<br>Pittsburgh, PA 15222 | |
| 4. | **Debtor's attorney**<br>Name and address | Evelyn J. Meltzer<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 1500<br>P.O. Box 1709<br>Wilmington, DE 19899–1709 | Contact phone 302–777–6565<br>Email: meltzere@pepperlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | George L. Miller<br>1628 John F. Kennedy Blvd.<br>Suite 950<br>Philadelphia, PA 19103–2110 | Contact phone 215–561–0950<br>Email: gmiller@mctllp.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 824 Market Street, 3rd Floor<br>Wilmington, DE 19801 | Hours open: Monday – Friday 8:00 AM – 4:00 PM<br><br>Contact phone 302–252–2900<br><br>Date: 7/2/18 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **August 3, 2018 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**844 King Street, Room 3209, Wilmington, DE 19801** |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

*Official Form 309C* (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                page 1