IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| EDUCATION MANAGEMENT II, LLC, *et al.*,[1] | ) Case No. 18-11494 (LSS) |
| | ) |
| Debtors. | ) |
| | ) |
| | ) Relates to Docket Nos. 4 |
| | ) |
| | ) |

**ORDER SHORTENING NOTICE PERIODS WITH RESPECT TO
THE DEBTORS' MOTION FOR ENTRY OF AN ORDER SHORTENING NOTICE
PERIODS WITH RESPECT TO THE DEBTORS' MOTION TO FILE
AND MAINTAIN STUDENT NAMES AND ADDRESSES UNDER SEAL**

Upon consideration of the Debtors' motion (the "Motion to Shorten")[2] for entry of an order providing that the applicable notice period for the relief requested in the Motion to Seal be shortened pursuant to section 105(a) of the Bankruptcy Code and Local Rule 9006-1(e); and the Court having reviewed the Motion to Shorten; and the Court having jurisdiction over the matters raised in the Motion to Shorten pursuant to 28 U.S.C. § 1334(b); and the Motion to Shorten being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given, and after due deliberation and sufficient cause appearing therefore:

1. The Motion to Shorten is **GRANTED** as set forth herein.

2. The Motion to Seal shall be heard on _July 9_, 2018 at _1:30 p.m._ (ET) (the "Hearing").

---

[1] Debtors anticipate that the trustee appointed in this and the fifty-eight related cases has or will soon file a motion seeking joint administration of such cases, with this case designated as the lead case. A listing of all fifty-nine affiliated debtors and the case number assigned to each debtor is attached as Exhibit B to the Motion to Shorten.

[2] All capitalized terms used, but not otherwise defined herein, shall have the meanings ascribed to them in the Motion to Shorten.

#49199230 v2

3. Any objections to the relief requested in the Motion to Seal shall be filed with this Court and served on the Debtors on or before 4:00 p.m. (ET) one business day prior to the Hearing.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

5. This Court retains jurisdiction with respect to all matters arising from, or related to, the implementation, interpretation, and enforcement of this Order.

Dated: July 2, 2018
Wilmington, Delaware

THE HONORABLE LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE