# SIGN-IN SHEET

CASE NAME: Education Management II, LLC      COURTROOM NO.: 2

CASE NO.: 18-11494 (LSS)      DATE: 7/09/2018

**PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Timothy J. Fox, Jr. | U.S. DOJ | U.S. Trustee |
| Bradford J. Sandler | Pachulski Stang | Ch. 7 Trustee |
| Evelyn Meltzer | Pepper Hamilton | Debtor |
| Brett Haefner | Epstein Becker | Debtor |
| Justin DeMeo | " | Debtor |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Laurie Selber Silverstein**
**#2**

Calendar Date: 07/09/2018
Calendar Time: 01:30 PM ET

2nd Revision Jul 9 2018 5:37AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Education Management II LLC | 18-11494 | Hearing | 9176743 | Peg A. Brickley | (267) 979-0991 ext. | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Education Management II LLC | 18-11494 | Hearing | 9172790 | Daniel Guyder | (212) 756-1132 ext. | Allen & Overy, LLP | Creditor, BNP / LIVE |
| | | Education Management II LLC | 18-11494 | Hearing | 9179378 | Taylor B. Harrison | (212) 390-7831 ext. | Merger Market | Interested Party, Mergermarket / LISTEN ONLY |
| | | Education Management II LLC | 18-11494 | Hearing | 9176421 | Masumi Nishida | (212) 723-1124 ext. | Citigroup | Creditor, Citigroup / LISTEN ONLY |