# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | ) Chapter 7 |
| | ) |
| EDUCATION MANAGEMENT II, LLC, *et al.*, | ) Case No. 18-11494 (LSS) |
| | ) |
| Debtors. | ) |
| | ) |

## NOTICE OF ENTRY OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that DLA Piper LLP (US), as counsel to Dream Center Education Holdings, LLC and its affiliates ("Dream Center"), pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b) hereby enters its appearance in the above-captioned case. Below counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the undersigned at the following addresses and telephone/facsimile numbers: requests that all notices given or required to be given in this case and all papers served or required to be served in this case be served upon the undersigned at the office, postal address, telephone number, telecopy number and email addresses listed as follows:

Stuart M. Brown (DE 4050)
Kaitlin Edelman (DE 5924)
DLA PIPER LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE  19801
Telephone:  (302) 468-5700
Facsimile:  (302) 394-2341
Email:  stuart.brown@dlapiper.com
kaitlin.edelman@dlapiper.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

the rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Federal Rule of Bankruptcy Procedure 3017, the foregoing request includes any disclosure statement and/or plan of reorganization which may be filed in this case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Garrison's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Garrison is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated:  July 10, 2018
       Wilmington, DE

*/s/ Stuart M. Brown*
Stuart M. Brown (DE 4050)
Kaitlin Edelman (DE 5924)
DLA PIPER LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone:  (302) 468-5700
Facsimile:  (302) 394-2341
Email:  stuart.brown@dlapiper.com
kaitlin.edelman@dlapiper.com

*Counsel for Dream Center Education Holdings, LLC*

## **CERTIFICATE OF SERVICE**

I, Stuart M. Brown, hereby certify that on this 10th day of July, 2018, I caused a true and correct copy of the *Notice of Entry of Appearance and Demand for Notices and Papers* to be served on the parties through the Court's ECF system:

*/s/ Stuart M. Brown*
Stuart M. Brown (DE 4050)

EAST\45529227.1