| Information to identify the case: | | |
|---|---|---|

Debtor: EDUCATION MANAGEMENT II, LLC and its affiliates (see attached)
Name

EIN  4 7 – 2 0 4 2 6 6 1
(Education Management II, LLC)

United States Bankruptcy Court for the: _____ District of Delaware
(State)

Date case filed for chapter 7  06 29 2018
MM / DD / YYYY

Case number: 18-11494-LSS through 18-11552-LSS

## Official Form 309D (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case — Proof of Claim Deadline Set  12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. Debtor's full name | EDUCATION MANAGEMENT II, LLC and its affiliates (see attached) | |
| 2. All other names used in the last 8 years | See Attached | |
| 3. Address | 210 Sixth Avenue, 3rd Floor, Pittsburgh, PA 15222 | |
| 4. Debtor's attorney Name and address | Jay Jaffe Faegre Baker Daniels LLP 600 East 96th Street, Suite 600 Indianapolis, IN 46240 | Contact phone (317) 569-9600 Email edmcinfo@faegrebd.com |
| 5. Bankruptcy trustee Name and address | George L. Miller 1628 John F. Kennedy Blvd. Suite 950 Philadelphia, PA 19103-2110 | Contact phone (215) 561-0950 Email Trustee7@mctllp.com |
| 6. Bankruptcy clerk's office Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 824 Market Street, 3rd Floor Wilmington, DE 19801 | Hours open Monday-Friday 8:00 AM - 4:00 PM Contact phone (302) 252-2900 |
| 7. Meeting of creditors The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Date August 3, 2018 at Time 11:00 AM | Location: 844 King Street, Room 3209 Wilmington, DE 19801 |

**For more information, see page 2 ▶**

| Debtor | EDUCATION MANAGEMENT II, LLC and its affiliates (see attached) | Case number *(if known)* 18-11494-LSS through 18-11552-LSS |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **8. Deadlines**<br>The bankruptcy clerk's office must receive proofs of claim by the following deadlines. | **Deadline for all creditors to file a proof of claim (except governmental units):**<br><br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline:** October 15, 2018<br><br>**Filing deadline:** December 26, 2018 |

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed either electronically or as a paper document. For more information on how to file a Proof of Claim, visit the Delaware Bankruptcy Court's website at www.deb.uscourts.gov/claims-information or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

| | |
|---|---|
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| | |
|---|---|
| **10. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. |

| | |
|---|---|
| **11. Website Address and Telephone Number for Public Access to Case Information and Information for Creditors and Former Students.** | Website Address:  www.bmcgroup.com/edmc<br><br>Telephone Number:<br> Toll free from US/Canada: (866) 367-5573<br> From outside US/Canada: +1 (646) 968-8402 |

| Case Number | Debtor | FEIN | Case Number | Debtor | FEIN |
|---|---|---|---|---|---|
| 18-11494 | Education Management II LLC<br>*aka* New Education Management LLC<br>*aka* EDMC Online Higher Education | 47-2042661 | 18-11523 | The Art Institute of California - Los Angeles, Inc. | 25-1364215 |
| 18-11495 | American Education Centers, Inc.<br>*aka* Brown Mackie College – Northern Kentucky<br>*aka* AEC Texan Institute<br>*aka* Brown Mackie College – Michigan City<br>*aka* RETS Institute of Technology<br>*aka* RETS Medical and Business Institute<br>*aka* Brown Mackie College - Merrillville<br>*aka* Brown Mackie College - Cincinnati<br>*aka* Southern Ohio College | 23-2726160 | 18-11524 | The Art Institute of California-Orange County, Inc. | 52-2136608 |
| 18-11496 | Argosy Education Group, Inc. | 36-2855674 | 18-11525 | The Art Institute of California-Sacramento, Inc. | 20-5076212 |
| 18-11497 | Argosy University of California LLC | 27-1651273 | 18-11526 | The Art Institute of Charleston, Inc. | 20-5076048 |
| 18-11498 | Brown Mackie College - Tucson, Inc. | 86-0264601 | 18-11527 | The Art Institute of Charlotte, LLC<br>*aka* The Art Institute of Charlotte, Inc.<br>*aka* American Business & Fashion Institute | 56-1024912 |
| 18-11499 | Education Finance III LLC | 47-2192533 | 18-11528 | The Art Institute of Colorado, Inc.<br>*aka* Fashion Institute of Denver, Inc.<br>*aka* Music Business Institute, Inc.<br>*aka* The School of Culinary Arts | 84-0703062 |
| 18-11500 | Education Management Corporation<br>*aka* The Fashion Institute of Pittsburgh<br>*aka* Fashion Institute of Pittsburgh | 25-1119571 | 18-11529 | The Art Institute of Dallas, Inc.<br>*aka* South University – The Art Institute of Dallas | 75-1589012 |
| 18-11501 | Education Management Holdings II LLC<br>*aka* New Education Management Holdings LLC | 47-2042529 | 18-11530 | The Art Institute of Fort Lauderdale, Inc.<br>*aka* The Art Institute of Fort Lauderdale | 59-1500255 |
| 18-11502 | Education Management LLC<br>*aka* EDMC Online Higher Education | 20-4506022 | 18-11531 | The Art Institute of Houston, Inc.<br>*aka* The Art Institute of Houston<br>*aka* The School of Culinary Arts | 75-1589015 |
| 18-11503 | Higher Education Services II LLC | 47-2203436 | 18-11532 | The Art Institute of Indianapolis, LLC | 25-1586913 |
| 18-11504 | Miami International University of Art & Design, Inc.<br>*aka* Miami International University of Art & Design | 58-2641065 | 18-11533 | The Art Institute of Las Vegas, Inc. | 88-0256362 |
| 18-11505 | South Education – Texas LLC | 27-2192573 | 18-11534 | The Art Institute of Michigan, Inc. | 20-5218614 |
| 18-11506 | South University of Alabama, Inc. | 63-0314610 | 18-11535 | The Art Institute of Philadelphia LLC<br>*aka* The Art Institute of Philadelphia | 26-4467396 |
| 18-11507 | South University of Carolina, Inc. | 58-2338201 | 18-11536 | The Art Institute of Pittsburgh LLC | 26-4467441 |
| 18-11508 | South University of Florida, Inc.<br>*aka* South University – Tampa<br>*aka* South University – West Palm Beach<br>*aka* South University - Orlando | 75-3009226 | 18-11537 | The Art Institute of Portland, Inc. | 52-2082215 |
| 18-11509 | South University of Michigan, LLC | 27-3966655 | 18-11538 | The Art Institute of Raleigh-Durham, Inc. | 26-1388031 |
| 18-11510 | South University of North Carolina LLC<br>*aka* South University of North Carolina, Inc. | 26-1569113 | 18-11539 | The Art Institute of St. Louis, Inc. | 80-0449555 |
| 18-11511 | South University of Ohio LLC | 45-0949944 | 18-11540 | The Art Institute of San Antonio, Inc. | 26-4104394 |
| 18-11512 | South University of Virginia, Inc.<br>*aka* South University – Richmond<br>*aka* South University – Virginia | 26-1569263 | 18-11541 | The Art Institute of Seattle, Inc. | 52-1209614 |
| 18-11513 | South University Research II LLC | 47-2323744 | 18-11542 | The Art Institute of Tampa, Inc.<br>*aka* The Art Institute of Tampa | 01-0746822 |
| 18-11514 | South University, LLC<br>*aka* South University Online | 58-1147090 | 18-11543 | The Art Institute of Tennessee-Nashville, Inc. | 20-1705359 |
| 18-11515 | Stautzenberger College Education Corporation<br>*aka* Southern Ohio College<br>*aka* Brown Mackie College - Findley<br>*aka* Brown Mackie College - Louisville | 23-2914675 | 18-11544 | The Art Institute of Virginia Beach LLC | 26-2242784 |

| 18-11516 | TAIC-San Diego, Inc. *aka* The Art Institute of California – San Diego | 95-3791894 | 18-11545 | The Art Institute of Washington, Inc. | 52-1117043 |
|---|---|---|---|---|---|
| 18-11517 | TAIC-San Francisco, Inc. *aka* The Art Institute of California – San Francisco | 95-3789487 | 18-11546 | The Art Institutes International II LLC | 47-2179270 |
| 18-11518 | The Art Institutes International Minnesota, Inc. | 25-1796999 | 18-11547 | The Illinois Institute of Art at Schaumburg, Inc. | 36-4043502 |
| 18-11519 | The Art Institute of Atlanta, LLC *aka* The Art Institute of Atlanta *aka* The School of Culinary Arts | 58-0671597 | 18-11548 | The Illinois Institute of Art, Inc. *aka* Evolve Bistro | 36-4043500 |
| 18-11520 | The Art Institute of Austin, Inc. | 26-1173626 | 18-11549 | The Institute of Post-Secondary Education, Inc. *aka* The Art Institute of Phoenix | 25-1360283 |
| 18-11521 | The Art Institute of California-Hollywood, Inc. | 22-3863289 | 18-11550 | The New England Institute of Art, LLC | 04-2987798 |
| 18-11522 | The Art Institute of California-Inland Empire, Inc. | 20-2316775 | 18-11551 | The University of Sarasota, Inc. | 59-3335558 |
| | | | 18-11552 | Western State University of Southern California | 95-2313875 |

## NON-DEBTOR SUBSIDIARIES AND AFFILIATES

## (DO <u>NOT</u> FILE A PROOF OF CLAIM):

| | |
|---|---|
| 1 | AiCA-IE Restaurant, Inc. |
| 2 | AID Restaurant, Inc. |
| 3 | AIH Restaurant, Inc. |
| 4 | AIIM Restaurant, Inc. |
| 5 | AIIN Restaurant LLC |
| 6 | AIT Restaurant, Inc. |
| 7 | AITN Restaurant, Inc. |
| 8 | BMC Real Property Holdings LLC |
| 9 | Brown Mackie College - Albuquerque LLC |
| 10 | Brown Mackie College - Birmingham LLC |
| 11 | Brown Mackie College - Boise, Inc. |
| 12 | Brown Mackie College - Dallas/Ft. Worth LLC |
| 13 | Brown Mackie College - Greenville, Inc. |
| 14 | Brown Mackie College - Indianapolis, Inc. |
| 15 | Brown Mackie College - Kansas City LLC |
| 16 | Brown Mackie College - Miami North LLC |
| 17 | Brown Mackie College - Miami, Inc. |
| 18 | Brown Mackie College - Oklahoma City LLC |
| 19 | Brown Mackie College - Phoenix, Inc. |
| 20 | Brown Mackie College - Salina LLC |
| 21 | Brown Mackie College - San Antonio LLC |
| 22 | Brown Mackie College - St. Louis, Inc. |
| 23 | Brown Mackie College - Tulsa, Inc. |
| 24 | Brown Mackie Education Corporation |
| 25 | Brown Mackie Education II LLC |
| 26 | EDMC Marketing and Advertising, Inc. |
| 27 | Education Finance II LLC |
| 28 | Education Management Escrow LLC |
| 29 | Education Management Finance Corp. |
| 30 | Education Management Holdings LLC |
| 31 | Higher Education Services, Inc. |

| | |
|---|---|
| 32 | Michiana College Education Corporation |
| 33 | South Education - Texas LLC |
| 34 | South University of Arkansas LLC |
| 35 | South University of Tennessee, Inc. |
| 36 | South University Research Corporation |
| 37 | Southern Ohio College LLC |
| 38 | The Art Institute of California - Silicon Valley, Inc. |
| 39 | The Art Institute of Fort Worth, Inc. |
| 40 | The Art Institute of Jacksonville, Inc. |
| 41 | The Art Institute of New York City, Inc. |
| 42 | The Art Institute of Ohio - Cincinnati, Inc. |
| 43 | The Art Institute of Salt Lake City, Inc. |
| 44 | The Art Institute of Tucson, Inc. |
| 45 | The Art Institute of Washington - Dulles LLC |
| 46 | The Art Institute of Wisconsin LLC |
| 47 | The Art Institute of York - Pennsylvania, LLC |
| 48 | The Art Institutes International - Kansas City, Inc. |
| 49 | The Art Institutes International LLC |
| 50 | The Art Institutes International Minnesota, Inc. |
| 51 | The Asher School of Business Education Corporation |
| 52 | The Illinois Institute or Art - Tinley Park LLC |