## Exhibit A

**Proofs of Claim Filed by U.S. Bank**

| CREDIT PARTY DEBTOR | CLAIM NUMBER |
|---|---|
| EDUCATION MANAGEMENT II LLC | 44 |
| EDUCATION FINANCE III LLC | 10 |
| EDUCATION MANAGEMENT CORPORATION | 15 |
| EDUCATION MANAGEMENT HOLDINGS II LLC | 10 |
| HIGHER EDUCATION SERVICES II LLC | 11 |
| THE ART INSTITUTES INTERNATIONAL II LLC | 10 |
| SOUTH UNIVERSITY RESEARCH II LLC | 10 |