# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EDUCATION MANAGEMENT II, LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 18-11494 (LSS) |

## NOTICE OF AGENDA FOR HEARING ON MATTERS
## SCHEDULED FOR AUGUST 23, 2018 AT 10:30 A.M.[2]

**Hearing Location: Before the Honorable Judge Laurie Selber Silverstein, at the U.S. Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom #2, Wilmington, DE 19801.**

## CONTESTED MATTERS GOING FORWARD:[3]

1. Application of Chapter 7 Trustee, George L. Miller, to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants, *Nunc Pro Tunc* to June 29, 2018 [Filed 8/2/18] (Docket No. 160)

   Response Deadline: August 16, 2018 at 4:00 p.m.

   Responses Received:

   A. Omnibus Limited Objection and Reservation of Rights of U.S. Bank, National Association, to: (I) Motion of [Interim] Chapter 7 Trustee for Order Establishing Notice Procedures; (II) Application of [Interim] Chapter 7 Trustee George L. Miller, to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants, *Nunc Pro Tunc* to June 29, 2018; and (III) Application of George L. Miller, [Interim] Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to Chapter 7 Trustee, *Nunc Pro Tunc* to June 29, 2018, in the Above-Captioned Debtors' Cases [Filed 8/16/18] (Docket No. 172)

---

[1] A motion to jointly administer this case and the fifty-five related cases will be filed by the Trustee. A listing of all fifty-six affiliated Debtors and their case numbers are attached to hereto as **Exhibit A**.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

[3] Unless otherwise noted, the pleadings listed below have also been filed in the fifty-five related cases listed on Exhibit A.

Related Documents:

    A. Omnibus Reply of George L. Miller, Chapter 7 Trustee to Omnibus Limited Objection and Reservation of Rights of U.S. Bank, National Association, to: (I) Motion of [Interim] Chapter 7 Trustee for Order Establishing Notice Procedures; (II) Application of [Interim] Chapter 7 Trustee George L. Miller, to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants, *Nunc Pro Tunc* to June 29, 2018; and (III) Application of George L. Miller, [Interim] Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to Chapter 7 Trustee, *Nunc Pro Tunc* to June 29, 2018, in the Above-Captioned Debtors' Cases [Filed 8/21/18] (Docket No. 174)

Status: This matter will be going forward.

2. Application of George L. Miller, Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to Chapter 7 Trustee, *Nunc Pro Tunc* to June 29, 2018 [Filed 8/2/18] (Docket No. 161)

Response Deadline: August 16, 2018 at 4:00 p.m.

Responses Received:

    A. Omnibus Limited Objection and Reservation of Rights of U.S. Bank, National Association, to: (I) Motion of [Interim] Chapter 7 Trustee for Order Establishing Notice Procedures; (II) Application of [Interim] Chapter 7 Trustee George L. Miller, to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants, *Nunc Pro Tunc* to June 29, 2018; and (III) Application of George L. Miller, [Interim] Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to Chapter 7 Trustee, *Nunc Pro Tunc* to June 29, 2018, in the Above-Captioned Debtors' Cases [Filed 8/16/18] (Docket No. 172)

Related Documents:

    A. Omnibus Reply of George L. Miller, Chapter 7 Trustee to Omnibus Limited Objection and Reservation of Rights of U.S. Bank, National Association, to: (I) Motion of [Interim] Chapter 7 Trustee for Order Establishing Notice Procedures; (II) Application of [Interim] Chapter 7 Trustee George L. Miller, to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants, *Nunc Pro Tunc* to June 29, 2018; and (III) Application of George L. Miller, [Interim] Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain Pachulski Stang Ziehl & Jones LLP as

>    Counsel to Chapter 7 Trustee, *Nunc Pro Tunc* to June 29, 2018, in the Above-Captioned Debtors' Cases [Filed 8/21/18] (Docket No. 174)

> Status:  This matter will be going forward.

3. Motion of Chapter 7 Trustee for Order Establishing Notice Procedures [Filed 8/2/18] (Docket No. 162)

    Response Deadline: August 16, 2018 at 4:00 p.m.

    Responses Received:

    > A. Omnibus Limited Objection and Reservation of Rights of U.S. Bank, National Association, to: (I) Motion of [Interim] Chapter 7 Trustee for Order Establishing Notice Procedures; (II) Application of [Interim] Chapter 7 Trustee George L. Miller, to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants, *Nunc Pro Tunc* to June 29, 2018; and (III) Application of George L. Miller, [Interim] Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to Chapter 7 Trustee, *Nunc Pro Tunc* to June 29, 2018, in the Above-Captioned Debtors' Cases [Filed 8/16/18] (Docket No. 172)

    Related Documents:

    > A. Omnibus Reply of George L. Miller, Chapter 7 Trustee to Omnibus Limited Objection and Reservation of Rights of U.S. Bank, National Association, to: (I) Motion of [Interim] Chapter 7 Trustee for Order Establishing Notice Procedures; (II) Application of [Interim] Chapter 7 Trustee George L. Miller, to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants, *Nunc Pro Tunc* to June 29, 2018; and (III) Application of George L. Miller, [Interim] Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to Chapter 7 Trustee, *Nunc Pro Tunc* to June 29, 2018, in the Above-Captioned Debtors' Cases [Filed 8/21/18] (Docket No. 174)

    Status: This matter will be going forward.

**STATUS CONFERENCE:** [1]

4. Report of Disputed Election of Chapter 7 Trustee Submitted By United States Trustee [Filed 8/9/18] (Docket No. 167)

    Related Documents:

    A. Motion by U.S. Bank for Resolution of Disputed Elections and for a Determination that Edward E. Neiger be Appointed as Permanent Trustee in the Above-Captioned Cases [Filed 8/16/18] (Docket No. 173)

    Status: This matter will be going forward as a status conference.

Dated: August 21, 2018

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail:  bsandler@pszjlaw.com
             crobinson@pszjlaw.com

*Proposed Counsel for George L. Miller, Chapter 7 Trustee*

---

[1] The pleadings listed below were also filed in case nos. 18-11499, 18-11500, 18-11501, 18-11503, and 18-11546.