# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE ART INSTITUTE OF PHILADELPHIA LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 18-11535 (LSS)<br>(Jointly Administered) |
| In re:<br><br>EDUCATION MANAGEMENT II LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11494 (LSS) |
| In re:<br><br>EDUCATION MANAGEMENT CORPORATION,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11500 (LSS) |

## NOTICE OF AGENDA FOR HEARING ON MATTERS SCHEDULED FOR NOVEMBER 13, 2018 AT 2:30 P.M.

---

[1] The last four digits of the Debtors' taxpayer identification numbers are as follows: American Education Centers, Inc. (6160); Argosy Education Group, Inc. (5674); Argosy University of California LLC (1273); Brown Mackie College - Tucson, Inc. (4601); Education Management LLC (6022); Miami International University of Art & Design, Inc. (1065); South Education – Texas LLC (2573); South University of Florida, Inc. (9226); South University of Michigan, LLC (6655); South University of North Carolina LLC (9113); South University of Ohio LLC (9944); South University of Virginia, Inc. (9263); South University, LLC (7090); Stautzenberger College Education Corporation (4675); TAIC-San Diego, Inc. (1894); TAIC-San Francisco, Inc. (9487); The Art Institutes International Minnesota, Inc. (6999); The Art Institute of Atlanta, LLC (1597); The Art Institute of Austin, Inc. (3626); The Art Institute of California-Hollywood, Inc. (3289); The Art Institute of California-Inland Empire, Inc. (6775); The Art Institute of California - Los Angeles, Inc. (4215); The Art Institute of California-Orange County, Inc. (6608); The Art Institute of California-Sacramento, Inc. (6212); The Art Institute of Charleston, Inc. (6048); The Art Institute of Charlotte, LLC (4912); The Art Institute of Colorado, Inc. (3062); The Art Institute of Dallas, Inc. (9012); The Art Institute of Fort Lauderdale, Inc. (0255); The Art Institute of Houston, Inc. (9015); The Art Institute of Indianapolis, LLC (6913); The Art Institute of Las Vegas, Inc. (6362); The Art Institute of Michigan, Inc. (8614); The Art Institute of Philadelphia LLC (7396); The Art Institute of Pittsburgh LLC (7441); The Art Institute of Portland, Inc. (2215); The Art Institute of Raleigh-Durham, Inc. (8031); The Art Institute of St. Louis, Inc. (9555); The Art Institute of San Antonio, Inc. (4394); The Art Institute of Seattle, Inc. (9614); The Art Institute of Tampa, Inc. (6822); The Art Institute of Tennessee-Nashville, Inc. (5359); The Art Institute of Virginia Beach LLC (2784); The Art Institute of Washington, Inc. (7043); The Illinois Institute of Art at Schaumburg, Inc. (3502); The Illinois Institute of Art, Inc. (3500); The Institute of Post-Secondary Education, Inc. (0283); The New England Institute of Art, LLC (7798); The University of Sarasota, Inc. (5558);Western State University of Southern California (3875).

**ADJOURNED MATTER:**

1. Motion by Tracy Washington and Norman Trotman, as Co-Personal Representatives of the Estate of Alexander Trotman: (A) Deeming Service of the Wrongful Death Action Complaint on the Trustee Effective Service Under Florida Rule of Civil Procedure 1.070(j) *Nunc Pro Tunc* to October 2, 2018 and (B) Modifying the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to Allow Continuation of Wrongful Death Action [Filed 10/2/18] (Case No. 18-11500, Docket No. 51; Case No. 18-11535, Docket No. 33)

   Response Deadline: October 16, 2018 at 4:00 p.m. Extended for the Trustee to October 24, 2018

   Responses Received:

   > A. Objection of George L. Miller, Chapter 7 Trustee to Motion by Tracy Washington and Norman Trotman, as Co-Personal Representatives of the Estate of Alexander Trotman: (A) Deeming Service of the Wrongful Death Action Complaint on the Trustee Effective Service Under Florida Rule of Civil Procedure 1.070(j) *Nunc Pro Tunc* to October 2, 2018 and (B) Modifying the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to Allow Continuation of Wrongful Death Action [Filed 10/24/18] (Case No. 18-11500, Docket No. 63; Case No. 18-11535, Docket No. 42)

   Related Documents: None.

   Status: The parties have agreed to adjourn this matter to a date to be determined.

**UNCONTESTED MATTER UNDER COC:**

2. Motion of RC Geihsler, LLC for Relief from the Automatic Stay [Filed 10/11/18] (Case No. 18-11494, Docket No. 199)

   Response Deadline: October 29, 2018 at 4:00 p.m. Extended for the Trustee to November 2, 2018

   Responses Received: Informal comments from the Trustee

   Related Documents:

   > A. Certification of Counsel Regarding Motion of RC Geihsler, LLC for Relief from the Automatic Stay [Filed 11/8/18] (Case No. 18-11494, Docket No. 207; Case No. 18-11535, Docket No.47)

   Status: This matter has been resolved and a form of order has been submitted under certification of counsel for the Court's consideration. No hearing is necessary unless requested by the Court.

| | |
|---|---|
| Dated: November 8, 2018 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Colin R. Robinson* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899 (Courier 19801) |
| | Telephone: 302-652-4100 |
| | Facsimile:  302-652-4400 |
| | E-mail:  bsandler@pszjlaw.com |
| | crobinson@pszjlaw.com |
| | |
| | *Counsel for George L. Miller, Interim Chapter 7 Trustee* |