## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Education Management Corporation | Case No. 18-11500 (LSS) |
| Debtor. | **Re: D.I. 76** |
| In re: | Chapter 7 |
| Education Management LLC | Case No. 18-11502 (LSS) |
| Debtor. | **Re: D.I. 53** |
| In re: | Chapter 7 |
| Education Management Holdings II LLC | Case No. 18-11501 (LSS) |
| Debtor. | **Re: D.I. 46** |
| In re: | Chapter 7 |
| Education Management II LLC | Case No. 18-11494 (LSS) |
| Debtor. | **Re: D.I. 213** |

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF DELAWARE   :
                         :   SS.
NEW CASTLE COUNTY   :

      Barbara J. Witters, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 9th day of November, 2018, she caused a copy of the following to be served via overnight mail on the parties listed on the attached list:

*Motion of Certain Former Directors and/or Officers for Relief from the Automatic Stay, to the Extent Applicable, to Allow Payment and/or Advancement of Defense Costs and Other Losses Under Directors and Officers Insurance Policy*

Barbara J. Witters, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 12th day of November, 2018.

Notary Public

*(Counsel to the Chapter 7 Trustee, George Miller)*
Bradford J. Sandler, Esquire
Colin R. Robinson, Esquire
Pachulski Stang Ziehl &Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

*(Counsel to the Debtors)*
Evelyn Meltzer, Esquire
Pepper Hamilton LLP
1313 N. Market Street, Suite 5100
Wilmington, DE 19899-1709

*(US Trustee)*
Timothy Jay Fox, Jr., Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

*(Counsel to US. Bank, NA., Administrative Agent)*
Carey D. Schreiber, Esquire
Winston & Strawn LLP
200 Park Avenue
New York, NY  10166-4193

*(Counsel to U.S. Bank, N.A., Administrative Agent)*
Mark L. Desgrosseilliers, Esquire
Womble Bond Dickinson (US) LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

*(Counsel to Tarrant and Dallas County, Texas)*
Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

*(Counsel to Dream Center Education Holdings, LLC)*
Stuart M. Brown, Esquire
Kaitlin Edelman, Esquire
DLA Piper LLP
1201 N. Market Street, Suite 2100
Wilmington, DE  19801

*(Counsel to Bexar County, Texas)*
Don Stecker, Esquire
Linebarger Goggan Blair & Sampson, LLP
711 Navarro Street, Suite 300
San Antonio, TX 78205

*(Chapter 7 Trustee)*
George Miller, Esquire
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia, PA 19103-2110

*(Counsel to Cypress-Fairbanks ISD, Fort Bend County and Harris County, Texas)*
John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
4828 Loop Central Drive
Suite 600
Houston, TX 77081

*(Creditor)*
Peter Muthig, Deputy County Attorney
Maricopa County Civil Services Division
222 North Central Avenue, Suite 1100
Phoenix, AZ 85004-2206

*(Counsel to Travis County, Texas)*
David Escamilla, Esquire
Kay D. Brock, Esquire
PO Box 1748
Austin, TX 78767

*(Creditor)*
Steven A. Ginther, Esquire
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
PO Box 475
Jefferson City, MO 65105-0475

Courtney J. Hull
Assistant Attorney General
Bankruptcy & Collections Division MC 008
PO Box 12548
Austin, TX 78711-2548

*(Counsel to Educational Supplies Direct, LLC., TMD Holding, LLC., and Tommy Wang)*
David M. Nernberg, Esquire
Maurice A. Nernberg & Associates
301 Smithfield Street
Pittsburgh, PA 15222

*(American Express Travel Related Services Company, Inc.)*
Shraddha Bharatia, Claims Administrator
Becket & Lee LLP
16 General Warren Blvd.
Malvern, PA 19355

*(Counsel to Oracle America, Inc.)*
Shawn M. Christianson, Esquire
Buchalter, A Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA 94105-3493

*(Creditor)*
Deb Secrest
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 702
Harrisburg, PA 17121

*(Creditor)*
Simon Property Group, Inc.
Ronald M. Tucker, Esquire
225 West Washington Street
Indianapolis, ID 46204

*(Counsel to Dream Center Education Holdings, LLC)*
Stuart M. Brown, Esquire
Kaitlin Edelman, Esquire
DLA Piper LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801

*(Counsel for RC Geihsler, LLC)*
Sloane B. O'Donnell, Esquire
Tucker Arensberg
1500 One PPG Place
Pittsburgh, PA 15222

*(Counsel for RC Geihsler, LLC)*
Adam Hiller, Esquire
Hiller Law, LLC
1500 N. French Street, 2nd Floor
Wilmington, DE 19801

*(Counsel to Cypress-Fairbanks ISD, Fort Bend County, Harris County, Tarrant County and Dallas County, Texas)*
David B. Stratton, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

Frederick B. Rosner, Esquire
Zhao (Ruby) Liu, Esquire
The Rosner Law Group LLC
824 N. Market Street, Suite 810
Wilmington, DE 19801

*(Counsel for Debtors)*
Jay Jaffe, Esquire
Dustin R. De Neal, Esquire
Kayla D. Britton, Esquire
Faegre Baker Daniels LLP
600 E. 96th Street, Suite 600
Indianapolis, ID 46240

*(Counsel for USSIC)*
Janet R. McFadden, Esquire
Clyde & Co
1775 Pennsylvania Avenue, NW
Suite 400
Washington, DC 20006