**Atwell, Curtis & Brooks, Ltd.**   20 STONEHINGE LANE, P.O. BOX 363, CARLE PLACE, N.Y. 11514-0363
(516) 622-9030, Fax (516) 622-9050

FILED
2019 OCT -7 PM 2:01
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

OCTOBER 01, 2019

US BANKRUPTCY COURT
DELAWARE DISTRICT
824 MARKET ST 3RD FL
WILMINGTON          DE     19801

CLIENT: Benefitfocus

DEBTOR: EDUCATION MANAGEMENT II LLC

ACB FILE#: 06062156-1
BANKRUPTCY# 18-11494-LSS

Dear Sir/Madam:

We would appreciate your advising us immediately as to the present status of the above insolvency matter, and whether or not a dividend will be paid in the near future to general creditors.

We enclose a postage-free envelope for your convenience and thank you in advance for your prompt attention to this inquiry.

Very truly yours,

Mike Fox
516-622-9030
EXT- 309

SB:bm

IN15
007

Enclosure



ACCOUNTS RECEIVABLE MANAGEMENT SERVICES