FILED
2020 AUG 18 AM 9:21
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

August 10, 2020

US Bankruptcy Court

Attn: Claims

824 Market St 3rd floor

Wilmington DE 19801

Re: Case number 18-11494

Claim number 67

My name is Victoria Rice and I would like the status of my claim. See attached documentation.

Victoria Rice

7564 Elwood Ave

Fontana CA 92336

909 440 3183

victoriarice945@gmail.com

You selected "FILED BY" as CREDITOR. If this is incorrect, START OVER!!

**ALL "Yes/No" Questions MUST be ANSWERED**

| | |
|---|---|
| Debtor 1 | **Education Management II LLC** |
| Debtor 2 (Spouse, if filing) | |
| Case number: | **18-11494** |

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

**Identify the Claim**

**1. Creditor Name** **EDUCATION MANAGEMENT II, LLC and its affiliates 210 Sixth Avenue, 3rd Floor, Pittsburgh, PA 15222 Pittsburgh, PA 15222**

Telephone Number: 317 569 9600

Email: edmcinfo@faegrebd.com

Other names the creditor used with the debtor

2. **Has this claim been acquired from someone else?** Yes No ✔

3. **Where should notices and payments to the creditor be sent?** (Notice Address Completed in Section 1)

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

✔ CHECK if Payment Address differs from Notice Address

| | | |
|---|---|---|
| Address where payments should be sent | Victoria Rice<br>7564 Elwood Ave | |
| *(City, State, Zip)* | FONTANA | CA ▾ 92336 - |
| Telephone Number: | 909 440 3183 | |
| Email: | victoriarice945@gmail.com | |

Uniform claim identifier for electronic payments in chapter 13 (if you use one): *(See instructions)*

4. **Does this claim amend one already filed?** Yes No ✔

5. **Do you know if anyone else has filed a proof of claim for this claim?** Yes No ✔

**Give Information About the Claim as of the Date the Case Was Filed**

6. **Do you have any number you use to identify the debtor?** Yes ✔ No

Last 4 digits of the debtor's account or any number you use to identify the debtor: 2661

**7. How much is the claim? (required)** 750000.00

**Does this amount include interest or other charges?**

✔ No

Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

If you have entered a claim amount of $0, the claim amount is unknown, or the claim is unliquidated, please enter a brief explanation.

Comment:

**8. What is the basis of the claim?** (required)

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as healthcare information.

service performed - breach of contract, professional negligence, psychological distress

*(See instructions)*

**9. Is all or part of the claim secured?**

✔ No

Yes. The claim is secured by a lien on property.

**10. Is this claim based on a lease?**

✔ No

Yes. **Amount necessary to cure any default as of the date of the petition. $**

**11. Is this claim subject to a right of setoff?**

✔ No

Yes. Identify the property:

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

✔ No

Yes *Check all that apply:*

**Amount entitled to priority**

**Documents:** Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both.

Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d). (*See instructions, and the definition of "redacted".*)

**Attachments:**

- Necessary documentation can be attached to the Proof of Claim after the information for the form is submitted.
- Attachments to the Proof of Claim are required to be PDF files.
- Attachments to the Proof of Claim are NOT to exceed 15 MB Mb in size.
- Multiple attachments to the Proof of Claim are permitted.
- **Do not upload a completed Proof of Claim form as an attachment to this filing.** Attaching a completed Proof of Claim will result in multiple versions of the form being filed (the electronically created proof of claim form plus the proof of claim attached). If filing an Amended Proof of Claim, the attachment of the previously filed claim is allowed.

Note: You will have the option to select files to upload for this claim once you click on the "Submit Claim" button below

**Do you wish to attach supporting documentation?** • Yes No

**Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish

Check the appropriate box: (required)

✔ I am the creditor.

I am the creditor's attorney or authorized agent.

I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**local rules specifying what a signature is.**

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Print the name of the person who is completing and signing this claim:

Signature* Victoria Rene Rice *Type Full Name
(required)

Title

Company

Identify the corporate servicer as the company if the authorized agent is a servicer

Address 7564 Elwood Ave
Number and Street

*(City, State, Zip)* Fontana CA ▾ 92336 -

Contact Phone: 909 440 3183

Email: victoriarice945@gmail.com

EXTOLS EXTOLS Enter Verification Code (required)

Submit Claim Clear Form ** Verify debtor name(s) prior to submitting claim to be filed.

*Penalty for presenting fraudulent claim:* **Fine of up to $500,000 or imprisonment for up to 5 years, or both.**
18 U.S.C. §§ 152, 157, and 3571.

Attachment **Summary of Practicum Complaint.docx** is NOT in PDF/A format. It will NOT be attached to the Proof of Claim!

Successful verification ...

Your claim was successfully filed in case number 18-11494.
**Your claim number is 67.**

DO NOT submit a paper claim

**Open in new window: Click 67 to view/print your filed claim.**

**If you discover an error on your completed claim form, please contact the Court helpdesk at 302-252-2887.**

*Note: Any attachment(s) added will **NOT** be available to view/print unless you have a Pacer account.*

File additional claims

Information to identify the case

Debtor: EDUCATION MANAGEMENT II, LLC and its affiliates (see attached)
EIN: 47 2042661 (Education Management II LLC)

United States Bankruptcy Court for the: District of Delaware (State)

Case number: 18-11494-LSS through 18-11552-LSS

[Date case filed for chapter 7: 06 29 2018 (MM / DD / YYYY)

Official Form 309D (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case — Proof of Claim Deadline Set 12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means tha. creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

**1. Debtor's full name** EDUCATION MANAGEMENT II, LLC and its affiliates (see attached)

**2. All other names used in the last 8 years** See Attached

**3. Address** 210 Sixth Avenue, 3rd Floor, Pittsburgh, PA 15222

**4. Debtor's attorney** Name and address
Jay Jaffe
Faegre Baker Daniels LLP
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Contact phone (317) 569-9600
Email admcinfo@faegrebd.com

**5. Bankruptcy trustee** Name and address
George L. Miller
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia, PA 19103-2110
Contact phone (215) 561-0950
Email Trustee7@mctllp.com

**6. Bankruptcy clerk's office**
Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.
824 Market Street, 3rd Floor
Wilmington, DE 19801
Hours open Monday-Friday 8:00 AM - 4:00 PM
Contact phone (302) 252-2900

**7. Meeting of creditors**
The debtor's representative must attend the meeting to be questioned under oath.
August 3, 2018 (Date) at 11:00 AM (Time)
Location: 844 King Street, Room 3209, Wilmington, DE 19801

Creditors may attend, but are not required to do so.
The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.

**For more information, see page 2 ▶**





**8. Deadlines**
The bankruptcy clerk's office must receive proofs of claim by the following deadlines.

**Deadline for all creditors to file a proof of claim (except governmental units):** **Filing deadline:** October 15, 2018

**Deadline for governmental units to file a proof of claim:** **Filing deadline:** December 26, 2018

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed either electronically or as a paper document. For more information on how to file a Proof of Claim, visit the Delaware Bankruptcy Court's website at www.deb.uscourts.gov/claims-information or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

**9. Creditors with a foreign address**
If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

**10. Liquidation of the debtor's property and payment of creditors' claims**
The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above.

**11. Website Address and Telephone Number for Public Access to Case Information and Information for Creditors and Former Students.**
Website Address: www.bmcgroup.com/edmc
Telephone Number:
Toll free from US/Canada: (866) 367-5573
From outside US/Canada: +1 (646) 968-8402

'US Bankruptcy Crt
Attn: Claims
824 Market St 3rd FL
Wilmington DE
19801

Fed loans.

## Attachment to Form 309D

| Case Number | Debtor | FEIN | | Case Number | Debtor | FEIN |
|---|---|---|---|---|---|---|
| -11494 | Education Management II LLC<br>*aka* New Education Management LLC<br>*aka* EDMC Online Higher Education | 47-2042661 | | 18-11523 | The Art Institute of California - Los Angeles, Inc. | 25-1364215 |
| -11495 | American Education Centers, Inc.<br>*aka* Brown Mackie College - Northern Kentucky<br>*aka* AEC Texan Institute<br>*aka* Brown Mackie College - Michigan City<br>*aka* RETS Institute of Technology<br>*aka* RETS Medical and Business Institute<br>*aka* Brown Mackie College - Merrillville<br>*aka* Brown Mackie College - Cincinnati<br>*aka* Southern Ohio College | 23-2726160 | | 18-11524 | The Art Institute of California-Orange County, Inc. | 52-2136608 |
| -11496 | Argosy Education Group, Inc. | 36-2855674 | | 18-11525 | The Art Institute of California-Sacramento, Inc. | 20-5076212 |
| -11497 | Argosy University of California LLC | 27-1651273 | | 18-11526 | The Art Institute of Charleston, Inc. | 20-5076048 |
| -11498 | Brown Mackie College - Tucson, Inc. | 86-0264601 | | 18-11527 | The Art Institute of Charlotte, LLC<br>*aka* The Art Institute of Charlotte, Inc.<br>*aka* American Business & Fashion Institute | 56-1024912 |
| -11499 | Education Finance III LLC | 47-2192533 | | 18-11528 | The Art Institute of Colorado, Inc.<br>*aka* Fashion Institute of Denver, Inc.<br>*aka* Music Business Institute, Inc.<br>*aka* The School of Culinary Arts | 84-0703062 |
| -11500 | Education Management Corporation<br>*aka* The Fashion Institute of Pittsburgh<br>*aka* Fashion Institute of Pittsburgh | 25-1119571 | | 18-11529 | The Art Institute of Dallas, Inc.<br>*aka* South University - The Art Institute of Dallas | 75-1589012 |
| -11501 | Education Management Holdings II LLC<br>*aka* New Education Management Holdings LLC | 47-2042529 | | 18-11530 | The Art Institute of Fort Lauderdale, Inc.<br>*aka* The Art Institute of Fort Lauderdale | 59-1500255 |
| -11502 | Education Management LLC<br>*aka* EDMC Online Higher Education | 20-4506022 | | 18-11531 | The Art Institute of Houston, Inc.<br>*aka* The Art Institute of Houston<br>*aka* The School of Culinary Arts | 75-1589015 |
| -11503 | Higher Education Services II LLC | 47-2203436 | | 18-11532 | The Art Institute of Indianapolis, LLC | 25-1586913 |
| -11504 | Miami International University of Art & Design, Inc.<br>*aka* Miami International University of Art & Design | 58-2641065 | | 18-11533 | The Art Institute of Las Vegas, Inc. | 88-0256362 |
| -11505 | South Education - Texas LLC | 27-2192573 | | 18-11534 | The Art Institute of Michigan, Inc. | 20-5218611 |
| -11506 | South University of Alabama, Inc. | 63-0314610 | | 18-11535 | The Art Institute of Philadelphia LLC<br>*aka* The Art Institute of Philadelphia | 26-4467396 |
| -11507 | South University of Carolina, Inc. | 58-2338201 | | 18-11536 | The Art Institute of Pittsburgh LLC | 26-4467441 |
| -11508 | South University of Florida, Inc.<br>*aka* South University - Tampa<br>*aka* South University - West Palm Beach<br>*aka* South University - Orlando | 75-3009226 | | 18-11537 | The Art Institute of Portland, Inc. | 52-2082215 |
| -11509 | South University of Michigan, LLC | 27-3966655 | | 18-11538 | The Art Institute of Raleigh-Durham, Inc. | 26-1388031 |
| -11510 | South University of North Carolina LLC<br>*aka* South University of North Carolina, Inc. | 26-1569113 | | 18-11539 | The Art Institute of St. Louis, Inc. | 80-0449555 |
| -11511 | South University of Ohio LLC | 45-0949944 | | 18-11540 | The Art Institute of San Antonio, Inc. | 26-4104394 |
| -11512 | South University of Virginia, Inc.<br>*aka* South University - Richmond<br>*aka* South University - Virginia | 26-1569263 | | 18-11541 | The Art Institute of Seattle, Inc. | 52-1209614 |
| -11513 | South University Research II LLC | 47-2323744 | | 18-11542 | The Art Institute of Tampa, Inc.<br>*aka* The Art Institute of Tampa | 01-0746822 |
| -11514 | South University, LLC<br>*aka* South University Online | 58-1147090 | | 18-11543 | The Art Institute of Tennessee-Nashville, Inc. | 20-1705359 |
| 11515 | Stautzenberger College Education Corporation<br>*aka* Southern Ohio College<br>*aka* Brown Mackie College - Findley<br>*aka* Brown Mackie College - Louisville | 23-2914675 | | 18-11544 | The Art Institute of Virginia Beach LLC | 26-2242784 |

| Case Number | Debtor | FEIN | | Case Number | Debtor | FEIN |
|---|---|---|---|---|---|---|
| 18-11516 | TAIC-San Diego, Inc.<br>*aka* The Art Institute of California – San Diego | 95-3791894 | | 18-11545 | The Art Institute of Washington, Inc. | 52-1117943 |
| 18-11517 | TAIC-San Francisco, Inc.<br>*aka* The Art Institute of California – San Francisco | 95-3789487 | | 18-11546 | The Art Institutes International II LLC | 47-2177270 |
| 18-11518 | The Art Institutes International Minnesota, Inc. | 25-1796999 | | 18-11547 | The Illinois Institute of Art at Schaumburg, Inc. | 36-4043502 |
| 18-11519 | The Art Institute of Atlanta, LLC<br>*aka* The Art Institute of Atlanta<br>*aka* The School of Culinary Arts | 58-0671597 | | 18-11548 | The Illinois Institute of Art, Inc.<br>*aka* Evolve Bistro | 36-4043500 |
| 18-11520 | The Art Institute of Austin, Inc. | 26-1173626 | | 18-11549 | The Institute of Post-Secondary Education, Inc.<br>*aka* The Art Institute of Phoenix | 25-1360283 |
| 18-11521 | The Art Institute of California-Hollywood, Inc. | 22-3863289 | | 18-11550 | The New England Institute of Art, LLC | 04-2987798 |
| 18-11522 | The Art Institute of California-Inland Empire, Inc. | 20-2316775 | | 18-11551 | The University of Sarasota, Inc. | 59-3335558 |
| | | | | 18-11552 | Western State University of Southern California | 95-2313875 |

***NON-DEBTOR SUBSIDIARIES AND AFFILIATES***

***(DO NOT FILE A PROOF OF CLAIM):***

1. AiCA-IE Restaurant, Inc.
2. AID Restaurant, Inc.
3. AIH Restaurant, Inc.
4. AIIM Restaurant, Inc.
5. AIIN Restaurant LLC
6. AIT Restaurant, Inc.
7. AITN Restaurant, Inc.
8. BMC Real Property Holdings LLC
9. Brown Mackie College - Albuquerque LLC
10. Brown Mackie College - Birmingham LLC
11. Brown Mackie College - Boise, Inc.
12. Brown Mackie College - Dallas/Ft. Worth LLC
13. Brown Mackie College - Greenville, Inc.
14. Brown Mackie College - Indianapolis, Inc.
15. Brown Mackie College - Kansas City LLC
16. Brown Mackie College - Miami North LLC
17. Brown Mackie College - Miami, Inc.
18. Brown Mackie College - Oklahoma City LLC
19. Brown Mackie College - Phoenix, Inc.
20. Brown Mackie College - Salina LLC
21. Brown Mackie College - San Antonio LLC
22. Brown Mackie College - St. Louis, Inc.
23. Brown Mackie College - Tulsa, Inc.
24. Brown Mackie Education Corporation
25. Brown Mackie Education II LLC
26. EDMC Marketing and Advertising, Inc.
27. Education Finance II LLC
28. Education Management Escrow LLC
29. Education Management Finance Corp.
30. Education Management Holdings LLC
31. Higher Education Services, Inc.
32. Michiana College Education Corporation
33. South Education - Texas LLC
34. South University of Arkansas LLC
35. South University of Tennessee, Inc.
36. South University Research Corporation
37. Southern Ohio College LLC
38. The Art Institute of California - Silicon Valley, Inc.
39. The Art Institute of Fort Worth, Inc.
40. The Art Institute of Jacksonville, Inc.
41. The Art Institute of New York City, Inc.
42. The Art Institute of Ohio - Cincinnati, Inc.
43. The Art Institute of Salt Lake City, Inc.
44. The Art Institute of Tucson, Inc.
45. The Art Institute of Washington - Dulles LLC
46. The Art Institute of Wisconsin LLC
47. The Art Institute of York - Pennsylvania, LLC
48. The Art Institutes International - Kansas City, Inc.
49. The Art Institutes International LLC
50. The Art Institutes International Minnesota, Inc
51. The Asher School of Business Education Corporation
52. The Illinois Institute or Art - Tinley Park LLC